AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00633 |
| Daniel Michael Morrissey | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 10/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Daniel Michael Morrissey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 10/21/2021                                                        2021.10.21 16:12:26 -04'00'
                                                                        *Issuing officer's signature*

City and state:    Washington, D.C.                   Robin M. Meriweather, U.S. Magistrate Judge
                                                                         *Printed name and title*

### Return

This warrant was received on (date) 11/4/21, and the person was arrested on (date) 11/4/21
at (city and state) Denver, CO.

Date: 11/4/21
                                                                         *Arresting officer's signature*

                                                        SA Scott Dahlstrom
                                                                         *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Colorado Case: 21-mj-182-NRN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:22 am, Nov 04, 2021
JEFFREY P. COLWELL, CLERK

United States of America
v.
Daniel Michael Morrissey

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00633
Assigned to: Judge Meriweather, Robin M.
Assign Date: 10/20/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel Michael Morrissey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 10/21/2021

2021.10.21 16:12:26 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00633 |
| Daniel Michael Morrissey | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign Date: 10/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Laura Troolines, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/21/2021

_____
*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case 1:21-mj-00182-NRN Document 1 Filed 11/04/21 USDC Colorado Page 3 of 6
Case 1:21-cr-00660-RBW Document 6 Filed 11/04/21 Page 4 of 18
Case: 1:21-mj-00633
Assigned to: Judge Meriweather, Robin M.
Assign Date: 10/20/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Laura Troolines, is a Special Agent assigned to the FBIs Los Angeles Field Office. In my duties as a Special Agent, I investigate violent crime as a part of the San Gabriel Valley Safe Streets Task Force. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a FBI Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 18, 2021, a confidential witness, "CW-1", called the FBI tip line and said they worked with Morrissey in the past, but had not spoken to him in several years. Another co-worker, "CW-2", who also knew Morrissey, showed CW-1 two photogaphs sent by Morrissey to CW-2. The first was a picture of what appeared to be a crowd of people in the US Capitol Building, and the second was "selfie" of Morrissey inside the building. CW-1 said CW-1 knows with 100 percent certainty that the person in the picture is Morrissey.



Agents interviewed CW-2, who said that CW-2 personally knows Morrissey, and that they exchanged text messages on Jan. 6, 2021. During those exchanges, Morrissey sent CW-2 the above referenced pictures. CW-2 provided agents with the text conversation with Morrissey on Jan. 6. A few of the relevant text messages are below:

- January 1 – MORRISSEY sends a photo of himself from the Lincoln Memorial to CW-2.
- January 6 – CW-2 asks MORRISSEY if he is in the Capitol. MORRISSEY responds with a photo that appears to have been taken inside the Capitol followed by the text "Shit got crazy" and "I nave (*sic*) it all on video." MORRISSEY adds that he has more videos that he can share. MORRISSEY then sends CW-2 the above-described selfie.
- January 7 – MORRISSEY advises CW-2 that he is now back in Virginia and sends CW-2 a video, showing MORRISSEY inside the Capitol.

The video Morrissey sent CW-2 appears to be him inside the Capitol building in the rotunda area, wearing the same hat and sunglasses as shown in the picture above. The crowd can be heard loudly chanting, "U-S-A" throughout the video.

CW-2 provided agents with the phone number Morrissey used to communicate with CW-2, and records from AT&T show that "Dan Morrissey" is the owner of the account associated with that phone number.

After identifying Morrissey through the selfies sent to CW-2, agents reviewed BWC and CCTV and found additional footage of Morrissey in the Capitol building.



Morrissey from an officer's BWC

Morrissey from CCTV.




Based on the foregoing, your affiant submits that there is probable cause to believe that Daniel Michael Morrissey violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted,

cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Morrissey violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Laura Troolines
FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21st day of October 2021.

2021.10.21
16:11:01 -04'00'
_____
JUDGE ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-mj-182 |
| Daniel Mcihael Morrissey | ) | Charging District's Case No. 21-mj-00633 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of the District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/04/2021

*Daniel Morrissey by AMS*
Defendant's signature

*Anthony M. Solis*
Signature of defendant's attorney

Anthony M. Solis
*Printed name of defendant's attorney*

AO 98 (Rev 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:21-mj-00182-NRN |
| Daniel Michael Morrisey | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Daniel Michael Morrisey_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ✓ )   to appear for court proceedings;
( ✓ )   if convicted, to surrender to serve a sentence that the court may impose; or
( ✓ )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✓ ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
       *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:21-mj-00182-NRN   Document 7   Filed 11/04/21   USDC Colorado   Page 2 of 2
Case 1:21-cr-00660-RBW   Document 6   Filed 11/04/21   Page 10 of 18

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*   X

_____       _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

CLERK OF COURT

Date: 11-4-2021

_____
Ron Munn, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date: November 4, 2021

_____
*Judge's signature*

AO 199A (Rev 06/19) Order Setting Conditions of Release          Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
) Case No. 1:21-mj-00182-NRN
Daniel Michael Morrisey )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court-District of Columbia
*Place*

on  as directed
*date and time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 06/21 D/CO) Additional Conditions of Release　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

　　IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below.

( ☐ )　(6)　The defendant is placed in the custody of:

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

　　　　　　　　　　　　　　　　　　　　　　　　Signed. _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Custodian　　　　　　　　　　　　　　Date

( ☐ )　(a)　The defendant must reside with the third party custodian at an address approved by the pretrial services office or supervising officer.

(☑)　(7)　The defendant must:
　　(☑)　(a)　submit to supervision by and report for supervision to the U.S. Probation Office: 1929 Stout Street, Suite C-120, Denver, CO 80294
　　　　　　　telephone number 303-844-5424　　　, as directed:
　　(☑)　(b)　continue or actively seek employment, if legally allowed to do so.
　　(☐)　(c)　continue or start an education program.
　　(☑)　(d)　surrender any passport to the Clerk, U S District Court within 2 business days.
　　(☑)　(e)　not obtain a passport or other international travel document.
　　(☑)　(f)　abide by the following restrictions on personal association, residence, or travel:
　　　　　　　travel is restricted to Colorado and Washington D.C. unless prior permission is granted by the Court
　　(☐)　(g)　avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
　　(☐)　(h)　participate in medical, psychiatric, and/or mental health treatment as directed by your supervising officer:
　　(☐)　(i)　return to custody each　　　　　　at　　　o'clock after being released at　　　o'clock for employment, schooling, or the following purposes:
　　(☐)　(j)　maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
　　(☑)　(k)　not possess a firearm, destructive device, or other weapon.
　　(☑)　(l)　not use alcohol ( ☐ ) at all ( ☑ ) excessively.
　　(☑)　(m)　Except as authorized by court order, the defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.
　　(☐)　(n)　submit to testing for a prohibited substance if required by the pretrial services office or supervising officer Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
　　(☐)　(o)　participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

AO 199B (Rev. 06/21 D/CO) Additional Conditions of Release      Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
- ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
- ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
- ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
- ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer, or
- ( ☐ ) (ii) Radio Frequency; or
- ( ☐ ) (iii) GPS.
- ( ☐ ) (iv)

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court

( ☐ ) (u)

( ☐ ) (v)

( ☐ ) (w)

( ☐ ) (x)

( ☐ ) (y)

( ☐ ) (z)

( ☐ ) (aa)

( ☐ ) (bb)

( ☐ ) (cc)

( ☐ ) (dd)

( ☐ ) (ee)

( ☐ ) (ff)

( ☐ ) (gg)

( ☐ ) (hh)

( ☐ ) (ii)

( ☐ ) (jj)

( ☐ ) (kk)

( ☐ ) (ll)

AO 199C  (Rev 09/08) Advice of Penalties                                                                 Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
   While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
   It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
   If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence,
you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
   A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____ /s/ _____X
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   November 4, 2021                   _____/s/_____
                                            Judicial Officer's Signature

                                           N..Reid Neureiter, U.S. Magistrate Judge
                                           *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U S ATTORNEY    U.S. MARSHAL

AO 467 (Rev 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-mj-00182-NRN |
| | ) | |
| DANIEL MICHAEL MORRISSEY | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-mj-00633 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Columbia<br>333 Constitution Ave., N.W. Washington DC 20001 | Courtroom No.: Magistrate Judge Robin Meriweather |
|---|---|---|
| | | Date and Time: 11/9/2021 1:00 PM via Zoom |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/4/2021

*Judge's signature*

U.S. Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-00182-NRN-1

| | |
|---|---|
| Case title: USA v. Morrissey | Date Filed: 11/04/2021 |
| Other court case number: 21-mj-633 District of Columbia | Date Terminated: 11/04/2021 |

Assigned to: Magistrate Judge N. Reid Neureiter

**Defendant (1)**

**Daniel Michael Morrissey**  represented by  **Anthony Michael Solis**
*TERMINATED: 11/04/2021*                        Anthony M. Solis, APLC
                                                23679 Calabasas Road
                                                Suite 412
                                                Calabasas, CA 91302
                                                213-489-5880
                                                Email: anthonysolislaw@gmail.com
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without | |

Lawful Authority; 18 U.S.C. § 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds; 40 U.S.C. § 5104 (e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

**Plaintiff**

**USA**     represented by     **Candyce C. Cline**
U.S. Attorney's Office-Denver
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0311
Email: candyce.cline@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2021 | 1 | RULE 5 AFFIDAVIT from the District of Columbia as to Daniel Michael Morrissey (1). (cmadr, ) (Entered: 11/04/2021) |
| 11/04/2021 | 2 | Arrest of Daniel Michael Morrissey. Initial Appearance - Rule 5 set for 11/4/2021 02:00 PM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. (Text Only entry)(cmadr, ) (Entered: 11/04/2021) |
| 11/04/2021 | 3 | MOTION for Order *Permitting Counsel to Appear Remotely* by Daniel Michael Morrissey. (Solis, Anthony) (Entered: 11/04/2021) |
| 11/04/2021 | 4 | ORDER Granting 3 Motion for Counsel to Appear Remotely for Initial Appearance as to Daniel Michael Morrissey (1) by Magistrate Judge N. Reid Neureiter on November 4, 2021. Text Only Entry. (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 5 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance in Rule 5(c)(3) Proceedings as to Daniel Michael Morrissey held on 11/4/2021. Defendant present in custody. Defendant advised. Waiver of Rule 5 & 5.1 Hearings tendered to Court. Court accepts Waiver of Rule 5 & 5.1 Hearings. Government not seeking detention. Defendant advised of conditions of bond and remanded for processing and release. Conditions of bond set. (Total time: 19 minutes, Hearing time: 2:07 - 2:26)<br><br>**APPEARANCES**: Candyce Cline on behalf of the Government, Anthony Solis on behalf of the defendant, Angela Ledesma on behalf of probation. FTR: Courtroom C203. (rvill, ) Text Only Entry. (Entered: 11/04/2021) |

| | | |
|---|---|---|
| 11/04/2021 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Daniel Michael Morrissey (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 7 | Appearance Bond Entered as to Daniel Michael Morrissey (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 8 | ORDER Setting Conditions of Release by Magistrate Judge N. Reid Neureiter on November 4, 2021. (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 9 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Daniel Michael Morrissey. By Magistrate Judge N. Reid Neureiter on November 4, 2021. (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 10 | Notice to the District of Columbia of Rule 5 Initial Appearance as to Daniel Michael Morrissey. Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod_docketing@cod.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. Your case number is 1:21-mj-00633. (Text Only Entry) (rvill, ) (Entered: 11/04/2021) |
| 11/04/2021 | 11 | MAGISTRATE CASE TERMINATED as to Daniel Michael Morrissey on November 4, 2021 pursuant to ECF No.'s 9 and 10 . Text Only Entry. (rvill, ) (Entered: 11/04/2021) |