AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-660-RBW |
| Daniel Michael Morrisey | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Michael Morrissey  .

Date:  04/18/2022                                                                        Anthony M. Solis /s/
                                                                                          *Attorney's signature*

                                                                                          Anthony M. Solis, #466104 (DC Bar)
                                                                                          *Printed name and bar number*

                                                                                          23679 Calabasas Road, Suite 412
                                                                                          Calabasas, CA 91302
                                                                                          *Address*

                                                                                          anthonysolislaw@gmail.com
                                                                                          *E-mail address*

                                                                                          (213) 489-5880
                                                                                          *Telephone number*

                                                                                          (213) 489-5923
                                                                                          *FAX number*