UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 21-660 (RBW)
)
DANIEL MICHAEL MORRISSEY, )
)
Defendant. )

## ORDER

In light of the defendant's recent submissions to the Court, it is hereby

**ORDERED** that the parties shall appear for a status hearing on July 14, 2022, at 10:00 a.m. via teleconference by calling 1 877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the sentencing currently scheduled for July 26, 2022, is **VACATED** pending further order of the Court.

**SO ORDERED** this 28th day of June, 2022.

REGGIE B. WALTON
United States District Judge