In the United States District Court
for the District of Columbia

|  |  |  |
|---|---|---|
| United States of America, | ) | Case No. 1:21-cr-00660-RBW |
|  | ) |  |
|  | ) | Defendant's Status Report re Sentencing |
| v. | ) |  |
|  | ) |  |
| Daniel Michael Morrissey, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

Comes now the defendant Daniel Michael Morrissey and provides the Court with a Status Report regarding Sentencing.

Following on the Court's hearing on July 14, 2022, undersigned counsel represents: (1) there is no conflict with my ongoing representation of the defendant; (2) the sentencing hearing can proceed as presently scheduled, however, if the hearing will be in person, a modification of the date and time may be required to permit the parties to travel to Washington, D.C.  In such a case, the appropriate application will be filed.

Dated: July 18, 2022                                        Respectfully submitted,

                                                                                Anthony M. Solis,
                                                                                A Professional Law Corporation

                                                                                *Anthony M. Solis /s/*
                                                                                By: Anthony M. Solis
                                                                                DC Bar No. 466104
                                                                                23679 Calabasas Road, Suite 412
                                                                                Calabasas, CA 91302
                                                                                anthonysolislaw@gmail.com
                                                                                213-489-5880