Daniel Michael Morrissey, MBA
Georgetown, TX

Honorable Reggie B. Walton
U.S. District Judge
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-00660-RBW

Your Honor:

I traveled to Washington, D.C. on January 5th, 2021 with the sole purpose of observing my Constitutional right "peaceably to assemble." I came by myself, not part of any group, nor association. I did not come to Washington, D.C. to break the law. I do not condone any of the violence, nor lawlessness which occurred on January 6, 2021.

I regret I was part of a crowd which entered the Capitol. In hindsight, I never should have followed the crowd into the building. On the Eastside of the Capitol, there was no "fog of war" type of fighting and tear gas. There were certainly people engaging in vandalism and aggressive actions, but I was trying to observe, not participate. I realize now, being part of the crowd, and entering the building was a form of participation. I deeply regret I became part of a mob.

I do not condone violence, nor vandalism. After January 6th, 2021, I was able to see a wider picture of the events which occurred that day. The violence, including deaths, and the lawlessness is not something I wished to be a part of. I consider myself a patriotic American and have a deep love for this country. I fully accept responsibility for my actions, and I apologize for being part of the events on that date.

I realize my participation had real consequences. A group, or a mob is not one without participants. By committing the acts I did, I put myself and others in fear and danger. I risked my freedom, my ability to care for my parents, and pursue my career. None of this was what I hoped to accomplish by being there.

I hope the Court understands my contrition is genuine, and my regret is real. I look forward to putting the case behind me, I look forward to future days of being part of things more productive and peaceful.

Sincerely,

Daniel Michael Morrissey, MBA