**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-660-RBW** |
| v. | : | |
| | : | |
| **DANIEL MICHAEL MORRISSEY** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum in connection with the above-captioned matter. For the reasons set forth herein, the government requests that this Court sentence Defendant Daniel Michael Morrissey to 45 days incarceration as part of a 36-month term of probation, 60 hours of community service, and $500 restitution.

Upon further review of the video submitted to the Court, the Government is revising its sentencing recommendation from 14 days incarceration to 45 days incarceration, with all other terms remaining the same. In the video, the defendant is acting in a more aggressive manner than previously recognized, and therefore the Government believes this revision is necessary to avoid unwanted sentencing disparities with other similarly situated defendants. The Government will be prepared to discuss other comparable cases at sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Christopher Tortorice

Christopher Tortorice
Assistant United States Attorney
Texas Bar Number 24048912
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
Office: (202) 252-7155
Christopher.Tortorice@usdoj.gov

## CERTIFICATE OF SERVICE

On this 12th day of August, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/Christopher Tortorice
Christopher Tortorice
Assistant United States Attorney
Texas Bar Number 24048912
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
Office: (202) 252-7155
Christopher.Tortorice@usdoj.gov
