In the United States District Court
for the District of Columbia

|  |  |  |
|---|---|---|
|  | ) | Case No. 1:21-cr-00660-RBW |
| United States of America, | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Daniel Michael Morrissey, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

**Motion for Permission to Proceed on Appeal In Forma Pauperis**

Defendant Daniel Morrissey, by and through his attorney of record, Anthony M. Solis, moves this Court for an order permitting the defendant to appeal, *in forma pauperis*. In support of the motion, the undersigned represents as follows:

1. I am counsel for the defendant, Daniel Morrissey, in this matter.

2 Today, I filed a Notice of Appeal on behalf of Mr. Morrissey.

3. Attached hereto is an affidavit of Mr. Morrissey. Mr. Morrissey asserts he is unable to afford court filing fees and attorneys fees on appeal. Mr. Morrissey is seeking to proceed *in forma pauperis* and have counsel appointed for him for the appeal.

///

///

///

Dated: August 23, 2022                    Respectfully submitted,

                                          Anthony M. Solis,
                                          A Professional Law Corporation

                                          *Anthony M. Solis /s/*
                                          By: Anthony M. Solis
                                          DC Bar No. 466104
                                          23679 Calabasas Road, Suite 412
                                          Calabasas, CA 91302
                                          anthonysolislaw@gmail.com
                                          213-489-5880

**Certificate of Service**

On this 23rd day of August 2022,, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) system.

Dated: August 23, 2022                    Respectfully submitted,

Anthony M. Solis,
A Professional Law Corporation

*Anthony M. Solis /s/*
By: Anthony M. Solis
DC Bar No. 466104
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
anthonysolislaw@gmail.com
213-489-5880