UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-660 (RBW) |
| ) | |
| DANIEL MICHAEL MORRISSEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Order Extending Time to Surrender, ECF No. 42, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion for Order Extending Time to Surrender, ECF No. 42, is **GRANTED**.  It is further

**ORDERED** that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on November 28, 2022.

**SO ORDERED** this 14th day of September, 2022.

REGGIE B. WALTON
United States District Judge