UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-660 (RBW) |
| | ) | |
| DANIEL MICHAEL MORRISSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Upon consideration of the defendant's Motion for Permission to Proceed on Appeal In Forma Pauperis, ECF No. 41, and the defendant's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, ECF No. 41-1, it is hereby

ORDERED that the defendant's Motion for Permission to Proceed on Appeal In Forma Pauperis, ECF No. 41, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that the defendant seeks to proceed on appeal in forma pauperis. The motion is **DENIED WITHOUT PREJUDICE** in all other respects.[1] It is further

ORDERED that the defendant may proceed on appeal in forma pauperis.

SO ORDERED this 18th day of October, 2022.[2]

REGGIE B. WALTON
United States District Judge

---

[1] Regarding the defendant's request to "have counsel appointed for him for the appeal[,]" see Motion for Permission to Proceed on Appeal In Forma Pauperis at 1, ECF No. 41, the defendant may file a motion with the District of Columbia Circuit seeking the appointment of counsel.

[2] The Clerk of the Court is directed to transmit a copy of this Order to the District of Columbia Circuit.