In the United States District Court
for the District of Columbia

| | |
|---|---|
| United States of America, | Case No. 1:21-cr-00660-RBW |
| Plaintiff, | |
| v. | |
| Daniel Michael Morrissey, | |
| Defendant | |

**Motion to Be Relieved as Counsel**

Counsel Anthony M. Solis applies to this Court for an order relieving him as counsel in this matter. This motion is based upon the attached Declaration of Anthony M. Solis.

Dated: October 29, 2022                    Respectfully submitted,

Anthony M. Solis,
A Professional Law Corporation

*Anthony M. Solis /s/*
By: Anthony M. Solis
DC Bar No. 466104
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
anthonysolislaw@gmail.com
213-489-5880

## Declaration of Anthony M. Solis

Anthony M. Solis declares as follows:

1. I am an attorney at law licensed to practice in this district. I represent the defendant, Daniel Morrissey, in this matter.

2. Mr. Morrissey was sentenced on August 16, 2022. Thereafter, Mr. Morrissey filed a Notice of Appeal, however, he also stated that he did not wish undersigned counsel to represent him on appeal. In fact, Mr. Morrissey has sought the appointment of counsel to represent him on appeal.

3. Since the filing of appeal, Mr. Morrissey has alleged that undersigned counsel provided ineffective assistance of counsel. For that reason, a clear conflict has arisen such that undersigned counsel cannot remain as counsel of record for Mr. Morrissey.

4. Inasmuch as Mr. Morrissey's proceedings in the district court are complete, and Mr. Morrissey has applied for counsel in the Court of Appeals, there is no prejudice to Mr. Morrissey if this Court orders undersigned counsel to be relieved.

5. Based upon the foregoing, it is respectfully requested that the Court enter an order relieving undersigned counsel as counsel of record for Mr. Morrissey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of September at Boston, MA.

_Anthony M. Solis /s/_

## Certificate of Service

On this 29th day of October 2022,, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) system.

In addition, an electronic copy and physical copy (via US Mail) was served on the defendant at:

Daniel Morrissey   DanMorrissey@proton.me
3206 Lonesome Trail
Georgetown, TX 78628

Dated: October 29, 2022					Respectfully submitted,

								Anthony M. Solis,
								A Professional Law Corporation

								*Anthony M. Solis /s/*
								By: Anthony M. Solis
								DC Bar No. 466104
								23679 Calabasas Road, Suite 412
								Calabasas, CA 91302
								anthonysolislaw@gmail.com
								213-489-5880