UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-660 (RBW) |
| DANIEL MICHAEL MORRISSEY, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defense counsel's Motion to Be Relieved as Counsel, ECF No. 47, it is hereby

**ORDERED** that defense counsel's Motion to Be Relieved as Counsel, ECF No. 47, is **GRANTED**. It is further

**ORDERED** that Anthony M. Solis's appearance as counsel of record for the defendant is **TERMINATED**.

**SO ORDERED** this 3rd day of November, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge