UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-660 (RBW) |
| ) | |
| DANIEL MICHAEL MORRISSEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of (1) the Defendant's Motion for Release Pending Appeal, ECF No. 48, and (2) the Government's Non-Opposition to Defendant's Motion for Bond While He Appeals His Sentence, ECF No. 49, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion for Release Pending Appeal, ECF No. 48, is **GRANTED**. It is further

**ORDERED** that, during the pendency of the defendant's appeal to the District of Columbia Circuit, the defendant is permitted to remain released on bond. It is further

**ORDERED** that the defendant shall continue to comply with the conditions of release previously imposed by the Court in the Order Setting Conditions of Release, ECF No. 10. It is further

**ORDERED** that the execution of the defendant's sentence shall be stayed pending the resolution of his appeal.

**SO ORDERED** this 14th day of November, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge