*Leave to file is granted.*
*Judge Walton*
*7/6/23*

Daniel Michael Morrissey, MBA

10/6/2022

Honorable Reggie B. Walton
U.S. Federal Court
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-00660-RBW

Your Honor:

First and foremost, I would like to thank you for the extension you granted me last month. As you know, I needed time to make arrangements for my mother, and dog, as I am their sole caretaker.

I am writing you today to ask you to grant my request to proceed on appeal in forma pauperis. I have contacted the United States Court of Appeals, and have provided you the information, the court shared with me.

This has been one of the most difficult years of my life, financially, losing my father in July, and now seeing this proceeding to its conclusion. I would like to meet with appointed counsel, as I cannot afford to hire an attorney at this time, and discuss the conclusion to my case.

I appreciate your help in resolving this matter.

Sincerely,

Daniel Michael Morrissey, MBA

danmorrissey@proton.me