*Leave to file is granted.*
*Judge Walton*
*7/6/23*

Daniel Michael Morrissey, MBA

███

4/20/23

Honorable Reggie B. Walton
U.S. Federal Court
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-00660-RBW

Your Honor:

Do you see? Do you see what I've been dealing with? I found a few more emails last night, I'm sorry to just fax, but shipping is expensive, there's another submission due to arrive on Monday.

- In email, dated November 1st, 2022 (months after I was sentenced), Mr. Tortorice replies "If you are aware of something that may aid in the search, please let me know."
- In email, dated November 3rd, 2022, Mr. Solis states "Mr. Tortorice has not provided me with any further videos."

Your Honor, do you see? Do you see what I've been dealing with? Both Mr. Solis and Mr. Tortorice knew about the video the whole time, but as Mr. Tortorice states no video was found. I have it, the prosecution knows I have it, and still refuses to provide me with Brady Material for a year, plus after I was charged. There's no excuse for this.

Your Honor, as I've stated many times before, Mr. Solis never did the one thing I specifically asked him to do, obtain the video of my entry from the prosecution, Mr. Solis willfully denied my requests, there is no excuse for Mr. Solis' actions, or lack thereof.

Your Honor, please listen to my concerns. They are valid. If they weren't, you wouldn't have so much evidence.

I appreciate your time and consideration.

Sincerely,

Daniel Michael Morrissey, MBA

danmorrissey@proton.me
███