Daniel Michael Morrissey, MBA

4/22/23

Honorable Reggie B. Walton
U.S. Federal Court
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-00660-RBW

Your Honor:

I'm sorry I didn't think about this sooner. I have provided the Brady Video. The prosecution never provided this in discovery, or thereafter. Mr. Solis NEVER asked for this video from the prosecution.

Both Mr. Solis, and Mr. Tortorice knew their affirmative duty under the law, both ignored the law to get a conviction out of me.

The Brady Video speaks for itself.

Your Honor, I'm asking if you see fit, to call a status hearing in person so I can present all of the evidence I have to confirm my allegations.

I appreciate your time and consideration.

Sincerely,

Daniel Michael Morrissey, MBA

danmorrissey@proton.me