# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3059**  **September Term, 2023**

**1:21-cr-00660-RBW-1**

**Filed On:** February 1, 2024

United States of America,

    Appellee

  v.

Daniel Michael Morrissey,

    Appellant

**BEFORE:**  Katsas, Rao, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that this case be remanded to the district court for resentencing proceedings.  See United States v. Little, 78 F.4th 453, 461 (D.C. Cir. 2023).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.  This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**Per Curiam**