*Received*
*Judge Walton*
*3/1/2024*

Daniel Michael Morrissey, MBA



2/1/2024

Honorable Reggie B. Walton
U.S. Federal Court
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-00660-RBW

Your Honor:

I am contacting you again because, as I have maintained through my legal proceeding the DOJ, Christopher Tortorice, and Anthony Solis, worked together to deny me my Constitutional right to Due Process, and I have been able to prove this for years now.

I'll keep this short.

On the status hearing you granted me on July 14th, 2022, you ask Tortorice directly, "...does the Government know of any such tape recording?"

Tortorice's reply, "No, Your Honor." Page three of court transcript, highlighted in orange.

This is a lie.

In an email dated, October 15th, 2022, Anthony Solis writes Tortorice:

"Chris:

You'll recall that PRIOR TO the July 14th, 2022 status conference in Mr. Morrissey's case, we discussed that Mr. Morrissey found, in the public domain, additional videos depicting him entering the Capitol."

I filed a complaint against Tortorice with the Office of Disciplinary Counsel, and in their reply, Becky Neal confirms: the existence of the "video" the government claims doesn't exist, and the fact that the video "...which shows that you entered the Capitol through an unlocked door, and supports your (my) defense you (I) did so out of necessity."

Your Honor, as you know, I cannot be denied life, liberty or property without Due Process, and I can prove beyond a reasonable doubt that Christopher Tortorice, intentionally and maliciously withheld exculpatory evidence, Brady Material, that exonerates me. Anthony Solis, conspired with Christopher Tortorice to withhold multiple pieces of video evidence that exonerates me.

danmorrissey@proton.me
213-309-