*granted.*
*Judge Walton*
*3/1/24*

Daniel Michael Morrissey, MBA

2/24/2024

Honorable Reggie B. Walton
U.S. Federal Court
333 Constitution Ave, N.W.
Washington D.C. 20001

Reference: Case No.: 1:21-cr-660-RBW

Your Honor:

If my original Brady Claim had no merit, nor the second Brady Video I found in the public domain in December of 2023 (which confirms the first Brady Video) weren't credible, why would OIG keep passing my complaints off to EO DOJ USA? I have included the three response letters I received from the OIG in the OIG folder on the flash drive. As you may know, I've been in communication with Acting Director Norman Wong at EO DOJ, and there is an open complaint for acts of malfeasance for both Christopher Tortorice, and Anthony Solis in my "legal proceeding", because, You Honor, as I have espoused and maintained from day one, there is and always has been a Brady Violation in my case, so much so, Becky Neal at the D.C. Disciplinary Counsel confirms, my defense, of necessity, because as the Brady Videos depict, once the Capitol Police unlocked (Tortorice confirms this in his email) and opened the doors, the crowd surged and I no choice to enter the building, or be trampled.

Your Honor, I can prove that both Christopher Tortorice and Anthony Solis not only obstructed justice by hiding the Brady Videos from you and the court, but due to their complete and total disregard for my constitutional rights, acted with moral turpitude, and thus, my life has been destroyed over a lie. I am now bankrupt, have not been able to find gainful employment, had my utilities shut off three weeks ago, had to ship my elderly, 76-year-old mother to New York because I cannot feed her, and am now, on the verge of being homeless, all because my constitutional rights were taken away from me, and I was denied due process, guaranteed to me in the 5th, and 14th amendments. As you know Your Honor, I cannot be denied, life, liberty or property without due process, and because of the malfeasance of Tortorice and Solis, I have endured unimaginable hardships, economically, psychologically (my health has been severely affected (I can't tell you how many days I've contemplated suicide), as has my elderly mother's health, she's on the verge of a nervous breakdown), socially, and so many other ways. This is cruel and unusual punishment. I cannot begin to articulate how much damage I have incurred.

danmorrissey@proton.me
213-309-

Your Honor, it is my understanding that I am to be remanded for resentencing, and if you read page 16 of the status hearing transcript (7/14/22) you state, "...it would be something that would be relevant to submit to the court in support of mitigation of what the sentence should be." You Honor, I sent Solis the "Video Clip" email on 8/13/22, asking him to play the "Brady Video" to the court at my sentencing, what did Solis do? NOTHING!

Solis wouldn't even ask for the video from the prosecution, although he knew the Brady Video would help me. What kind of attorney is that?

Your Honor, I am at the end of my rope, I have fought the good fight, I have had to fight my private "defense" attorney, the prosecutor, the DOJ all to get evidence that I am constitutionally guaranteed. My rights have been taken from me, and my health and overall well-being has deteriorated to the point where I am in a constant state of mental crisis.

Solis lied to you, Your Honor.

Tortorice lied to you, Your Honor (page 3)

I have done nothing but seek to have more evidence submitted on my behalf and I am the one that has endured the brunt of this political prosecution. This is moral turpitude and I am asking that you subpoena Anthony Solis to my resentencing; impose the compensatory damages that I am seeking, see updated demand letter. I am also asking that you dismiss my case. I cannot afford to go on like this; they have taken everything away from me.

Your Honor, I have been speaking to members of Congress and ask there be investigations into the DOJ's conduct for my January 6th case. What the FBI, DOJ, Laura Troolines (FBI agent), Christopher Tortorice, and Anthony Solis have done to me is criminal. They intentionally withheld exculpatory evidence, that as per Becky Neal at D.C. Disciplinary Counsel confirms, exonerates me, I acted out of necessity, which, as you know is an affirmative defense, and negates criminal and civil liability. Christopher Tortorice and Anthony Solis intentionally and maliciously withheld that video evidence from me, thinking the video CCTV video would never come out.

Your Honor, I caught the DOJ and Anthony Solis on February 13th, 2022 withholding that video, Solis lied to me, lied to the court, and I did not catch him until I discovered Brady v Maryland and its now relevant implications on my case. Your Honor, during the status hearing call you instructed me to drop my Bar complaint against Solis, and I did. However, the Bar found that to be odd, obtained a copy of the transcript from the court, and kept the complaint open. Solis is still under investigation by the Bar, of their own volition. Why? Because it is easy to see what Anthony Solis did to me was criminal, Solis acted with complete and total wanton disregard for my constitutional rights and my humanity.

Your Honor, over the past two years since I caught Solis I have contacted your chamber directly, because I have had to circumvent traditional legal norms to defend myself from this malicious prosecution of me. Thank you for allowing me to do so.

danmorrissey@proton.me
213-309-███

Your Honor, in closing, if my claims weren't without merit, why would members of Congress, OIG, EO DOJ USA, D.C. Disciplinary Counsel, and The State Bar of California all act as if they did? I can prove ever allegation I am espousing.

Your Honor, I am asking you for vacatur relief, and to impose the compensatory damages I have prescribed in my updated demand letter to Anthony Solis, along with punitive damages for what he and Christopher Tortorice have done to me. I am going to be homeless; they have completely destroyed my life, I have lost everything.

Sincerely,

Daniel Michael Morrissey, MBA

danmorrissey@proton.me
213-309-