UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 21-cr-0660 (RBW) |
| ) | |
| DANIEL MICHAEL MORRISSEY, ) | |
| ) | |
| Appellant. ) | |
| ) | |

**DEFENDANT'S RE-SENTENCING MEMORANDUM**

Daniel Morrissey, through undersigned counsel, respectfully submits this memorandum, in support of re-sentencing currently scheduled for April 10, 2024. Mr. Morrissey respectfully submits that for the single petty offense of which he stands convicted, the Court's original alternative sentence of three years' probation is sufficient to satisfy the statutory purposes of sentencing

**DISCUSSION**

Mr. Morrissey incorporates by reference his previous sentencing memorandum and arguments in support of a sentence of probation. While the Court is deeply familiar with the events of January 6, 2021, and Mr. Morrissey's conduct on that date, a brief summary is here offered. On January 6, 2021, Mr. Morrissey was self-employed as a writer and living in Colorado. He traveled to Washington, D.C. alone to hear a speech promoted by then-President Donald J. Trump. He

attended the rally at the Ellipse and followed the former-President's invitation to march to the Capitol.

Mr. Morrissey was not affiliated with any group or even other individuals, but proceeded with the crowd to the Capitol to participate in what he believed would be legitimate form of assembly and freedom of expression. As history reflects, it was not. Mr. Morrissey's actions constituted a petty misdemeanor of Parading, Demonstrating or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

According to the video evidence presented to this Court, Mr. Morrissey entered the Capitol through an open door in the midst of a throng of other people. The government estimates that he was inside the Capitol for a total of 28 minutes. During that time, he did not damage property or assault officers or affirmatively encourage others to do so. Rather, he took selfies and walked around and chanted "Stop the steal." He was in proximity to others who pushed against police lines, but as this Court previously found, he did not engage in that conduct himself. 8/16/22 Sentencing Transcript at 17. Mr. Morrissey exited the Capitol on his own.

He returned to Colorado where he subsequently learned that he was wanted for having entered the Capitol. He promptly hired an attorney, turned himself in, and resolved his case by pleading guilty. The Court originally imposed a sentence of 45

days' imprisonment and 36 months' probation. Mr. Morrissey filed a notice of appeal, after which this Court allowed him to remain on bond pending appeal, in which status he has remained without incident.

On February 1, 2024, the Court of Appeals remanded Mr. Morrissey's case to this Court in light of *United States v. Little*, 78 F.4th 453, 461 (D.C. Cir. 2023), which held that a defendant convicted of a single petty offense may not be sentenced both to imprisonment and to probation for that offense. The Court explained that "Congress made probation and imprisonment separate options for separate offenses; barred supervised release for petty offenders; and linked the length of post-confinement monitoring to the severity of an offense." *Id.* at 461. In this regard, the Court recognized that the federal statutory scheme eschews severe penalties for petty misdemeanors. Mr. Morrissey asks that this Court recognize the same and sentence him to probation.

Mr. Morrissey pled guilty to his crime promptly, and as he has previously expressed to the Court, he continues to regret having paraded in the Capitol on January 6th. And while he has more recently expressed frustrations concerning his interactions with his prior attorney and the efforts that attorney took to obtain discovery materials and to discuss potential options in his case, Mr. Morrissey continues to accept responsibility for his crime. He confides that over the past two

and a half years that he has been on pretrial release, he has suffered inescapable notoriety and social stigma for being a January 6th defendant. He has lost friends, and employment opportunities previously available to him have disappeared. As the letters written on his behalf and attached in the Addendum to this filing reflect, Mr. Morrissey has occupied himself by leaning heavily into his religion and continuing to care for his mother. Focusing on his faith and family have helped him to remain positive. He asks that the Court allow him to continue on this path. For these reasons and any others that may become apparent to the Court, Mr. Morrissey asks that the Court sentence him to no more than the alternative 36 months' probation it originally set.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500
tony_axam@fd.org

4

# Addendum

March 29, 2024

The Honorable Reggie B. Walton
United States District Court Judge
℅ Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Walton,

This letter is for the purpose of providing a character reference for Mr. Dan Morrissey. I currently serve the citizens of Ravalli County, Montana as a Deputy Sheriff. I have been a full-time member of the patrol team for five years, which has included the additional roles of Search and Rescue Coordinator, DUI Task Force manager, and the Missoula County SWAT team.

I was introduced to Mr. Morrissey through mutual contacts approximately two years ago and have developed a friendship with him since that time. Over that period, I have observed several traits I believe speak to his character. I will briefly describe these below.

Dan has a strong understanding of our country's history and the principles upon which it was founded. Through our conversations I have learned of his deep respect for the Constitutional rights of all citizens, regardless of color or creed, as well as the legal process and law and order. Dan has no prior criminal record and has lived his life responsibly, in accordance with the above ideals.

I have come to appreciate Dan's ability to handle adversity without burdening others. Despite some recent setbacks in his personal life, he has been reluctant to trouble his friends or family. I have witnessed this personally, where Dan has politely declined most of my offers of financial assistance. While I was initially frustrated by this, I have come to strongly admire his perseverance.

I also recently learned that Dan has been taking care of his infirm mother in his own home for many years, mostly at his own expense and without help from other family members. Given his relatively young age, strong education and gainful employment, I feel this speaks to his unselfish character.

In conclusion, I can say with confidence I feel fortunate to have met Dan Morrissey and am honored to now call him a friend.

Thank you for your consideration and your honorable service to our country.

Respectfully,

*[signature]*

Christopher D. Caltagirone

John S. Parigi II

March 30, 2024

**Honorable Reggie B. Walton**
**United States District Court Judge**
**c/o Office of the Federal Public Defender**
**625 Indiana Ave. NW, Suite 550**
**Washington, DC 20004**

Reference: Mr. Dan Morrissey

Dear Honorable Judge Walton,

The purpose of the writing is to provide my personal character reference for my friend and colleague Mr. Dan Morrissey.

By profession, I am a professional leadership consultant who deals in troubled business environments. I have hired, fired, promoted, recommended, evaluated, mentored, counseled, and advised thousands of people from all economic and professional walks of life. I am also a husband of forty-five years to one wife, a father to three children and grandfather to six. I have also adopted and taken into my care many children, young adults, and mature adults. I say this only to establish that I am an expert in the understanding of human behavior.

I have known Mr. Morrissey for approximately eight months. During that time, I have had the opportunity to work with him on several projects. These projects required both creative and organized thinking along with the ability to communicate in both a written and verbal manner. He excelled at all required functions. During these projects I have had the opportunity to make recommendations and counsel him on many approaches to improve our desired outcomes. Mr. Morrissey was and has always been polite, receptive, and appropriately inquisitive even if the subject matter was challenging for him. I also observed him responding to other mentors in a like manner.

Mr. Morrissey is assertive, positive, determined, gregarious, and compassionate. These traits are what make him a person with both the ability and the desire to influence and help others. One of the recent positive steps he has taken in his life was to find a local Christian men's group with which he can study and pray with while being mentored and held accountable. These groups typically help the needy and physically disabled in their communities.

We have also had many deep and meaningful conversations about the many challenges Mr. Morrissey has faced in his life. These challenges are too numerous to mention in this letter. But the severity of consequences since the time of his arrest have been, in my opinion, catastrophic to him and his family. He is a caring and loving son. He took his father and mother in when his father got sick and needed help. His father has since passed but he still provides care for his elderly mother even with the difficulties of his current circumstances.

In the time since Mr. Morrissey's arrest, he has been a model citizen even in the face of many hardships and challenges. I beg your Honor to consider the facts that I have outlined above pertaining to his character and grant him leniency up to and including the possibility of expunging his records through such rulings as deferred adjudication if possible.

Respectfully Submitted,

John S. Parigi 11

## Tony Axam

**From:** Mary Kirk Caldwell
**Sent:** Thursday, April 4, 2024 12:46 PM
**To:** Tony Axam
**Cc:** Dan Morrissey
**Subject:** Letter of Character - Dan Morrissey

4 April 2024

I am writing this letter of character for Dan Morrissey in the hopes that you will consider leniency in his resentence.

My husband and I met Dan Morrissey over a year ago while working with our non-profit American Patriot Relief. After spending time with Dan, it became apparent to me that Dan is a true American Patriot, loves his country, loves God, lives a quiet life, loves his Mother, and his dog "Sugar Face".

Dan, his Mother, and "Sugar Face" came for Thanksgiving 2023 to our home in Dallas and stayed for a few days. We spent the few mornings together doing Bible study in our living room. I noticed Dan's Bible is well-worn, dog-eared, highlighted, underscored, and stained. It is apparent to me that he is an avid reader of the Bible and has studied it. He has many verses memorized and easily sprinkles them throughout a casual conversation whether with a friend or a stranger.

Dan has sole caregiver responsibility for his aging Mother. Although she has other children, none of them are willing to have her live with them, or will help her besides Dan. Also, Dan's aging dog "Sugar Face" has been a constant companion to Dan since the dog was a puppy. Over the years, the two of them have made road trips across the country several times on great adventures. Now at 14 years old, "Sugar Face" is aging and needs special attention. I ask that you consider leniency in his resentence due to his responsibility to his aging Mother as sole caregiver.

I gratefully appreciate your consideration of my request.

Respectfully,
Mary Caldwell

1

Sarah Voelkers

April 3, 2024

The Honorable Reggie B. Walton
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave NW
Washington, DC 20001

Submitted on behalf of Dan Morrissey

Dear Honorable Judge Walton,

I have only gotten to know Dan over the last few months, so all of my experiences and interactions with him are amidst the stress of the ordeal he is going through at the moment. But despite all of that, he is one of the most grateful people I know. He understands and appreciates what a real gift is, no matter how small. Even just a kind word. It is not too little for him to remember and to thank you.

Dan cares about people and does his best to be there for others, brightening up their day no matter what his has been like. His very career is based on making others smile, making them think beyond where they are at the moment, giving them hope and joy. When I get an email from him, I know it's going to put a smile on my face because his care and humor flow out into what he does.

There aren't enough people like Dan in our world, and I know there are many whose lives have yet to be blessed and changed for the better by knowing him. I am humbly asking that you consider who Dan Morrissey really is and the loss it would be to our society and country to keep him from being able to freely love and support those around him.

Thank you!

Sincerely,

Sarah Voelkers

Sarah Voelkers