UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL MICHAEL MORRISSEY, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-660 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on June 18, 2024, via videoconference, it is hereby

**ORDERED** that the arrest warrant issued on May 10, 2024, is **QUASHED**. It is further

**ORDERED** that, on July 18, 2024, at 2:00 p.m., the parties shall appear before the Court for a reentry progress hearing and a hearing on violation, via videoconference.

**SO ORDERED** this 18th day of June, 2024.

REGGIE B. WALTON
United States District Judge