

# OFFICE OF DISCIPLINARY COUNSEL

July 1, 2025

Hamilton P. Fox, III
*Disciplinary Counsel*

Julia L. Porter
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jack Metzler
Becky Neal

*Assistant Disciplinary Counsel*
Caroll G. Donayre
Jerri U. Dunston
Lisa M. Fishelman
Dru M. Foster
Jason R. Horrell
Ebtehaj Kalantar
Jelani C. Lowery
Sean P. O'Brien
Melissa J. Rolffot
William R. Ross
Mariah K. Shaver
Traci M. Tait
Cynthia G. Wright

*Investigative Attorney*
Azadeh Matinpour

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Arquimides R. Leon
Angela M. Walker

*Manager, Forensic Investigations*
Charles M. Anderson

**<u>CONFIDENTIAL</u>**

Daniel Morrissey
**Sent *via* email only**: danmorrissey@proton.me

                                           **Re:**    **Axam/Morrissey**
                                                     **Undocketed Number: 2025-U1086**

Dear Mr. Morrissey:

      We received the disciplinary complaint you filed against Tony Axam, Esquire.  Mr. Axam is not licensed to practice law in the District of Columbia.  We do not have jurisdiction to investigate attorneys if they are not admitted to the D.C. Bar.  Because we do not have authority over Mr. Axam, we did not consider the other factors that may cause us to investigate further such as: (1) whether a complaint is not unfounded on its face or (2) contains allegations which, if true, would constitute a violation of the Attorney's Oath of Office or the Rules of Professional Conduct.

      Accordingly, we are not docketing an investigation based on your complaint and are closing this file.

      Sincerely,

      *s/Melissa Rolffot*

      Melissa J. Rolffot
      Assistant Disciplinary Counsel

MJR:lnm

1                    **IN THE UNITED STATES DISTRICT COURT**

2                       **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA      .
                      Plaintiff,   .
4    vs.                           .  Docket No. CR 21-660-RBW-1
                                   .
5    DANIEL M. MORRISSEY           .  Washington, D.C.
                                   .  Thursday, July 14, 2022
6                     Defendant.   .
     . . . . . . . . . . . . . . . .x  10:03 a.m.

7

8            TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE

9       BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:  Christopher T. Tortorice, AUSA
                         U.S. ATTORNEY'S OFFICE
13                       FOR THE DISTRICT OF COLUMBIA
                         555 4th Street, NW
14                       Suite 11-229
                         Washington, DC 20530
15                       (202) 252-7155
                         Email: christopher.tortorice@usdoj.gov
16

17   For the Defendant:  Anthony M. Solis, Esquire
                         ANTHONY M. SOLIS, A PROF. LAW CORP.
18                       23679 Calabasas Road
                         Suite 412
19                       (213) 489-5880
                         Email: anthonysolislaw@gmail.com
20

21

22   Court Reporter:  Cathryn J. Jones, RPR
                      Official Court Reporter
23                    Room 6521, U.S. District Court
                      333 Constitution Avenue, N.W.
24                    Washington, D.C. 20001

25   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.

1              **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  We'll start with government

3    counsel this morning.

4          MR. TORTORICE:  Good morning, Your Honor, Chris

5    Tortorice for the government.

6          THE COURT:  Good morning.

7          MR. SOLIS:  Good morning, Your Honor, Anthony

8    Solis for the defendant.

9          THE COURT:  Good morning.  Is the defendant on the

10   call?

11         THE DEFENDANT:  Yes, I am, Your Honor.

12         THE COURT:  Mr. Morrissey, you do have a right to

13   have this hearing conducted in person.  However, because of

14   the virus and the pandemic that we've experienced we can

15   conduct this matter remotely.  What is your choice, do you

16   want to proceed in person or you can proceed as we're doing

17   now remotely.

18         THE DEFENDANT:  We can proceed remotely, Your

19   Honor.

20         THE COURT:  Let me just ask, Mr. Morrissey, are

21   you alleging that you did not receive effective assistance

22   of counsel from your lawyer?

23         THE DEFENDANT:  Yes, I am.  And I believe that all

24   the documentation that I submitted to your chamber along

25   with the complaint that I have to the State Bar, you know,

 1    proves my allegation.

 2              THE COURT:  Have you sought other counsel?

 3              THE DEFENDANT:  I have not at this time, no.

 4              THE COURT:  What is your intention in that regard?

 5              THE DEFENDANT:  I'm not sure yet.  I'm trying to

 6    navigate this as best I can.  I just lost my father last

 7    week, and I have a lot of personal things going on.

 8              THE COURT:  So are you saying you don't want your

 9    current lawyer to continue to present you?

10              THE DEFENDANT:  I don't know what the options are,

11    Your Honor.  I'm sorry.

12              THE COURT:  Let me just ask government counsel in

13    reference to this videotape that he claims exist that shows

14    that he was purportedly permitted to enter the Capitol by a

15    police officer does the government know of any such tape

16    recording?

17              MR. TORTORICE:  No, Your Honor.  The, all of the

18    videos that I've seen of the defendant in the Capitol I

19    didn't see anyone permitting him to enter or you know walk

20    around.  You know, I haven't seen -- I talked to Mr. Solis

21    yesterday evening.  This is the first that I heard of this

22    complaint, so you know, I haven't really had time to

23    investigate what the defendant is saying.  I mean, if

24    there's another video that I'm unaware of, you know, I would

25    like to see it, you know.  The defense we gave them a number

1    of videos and access to the Evidence.com database, but if

2    there's something else out there obviously we'd like to see

3    it and address it.

4         THE COURT:  So I assume based upon what you're

5    saying you don't and did not have in your possession any

6    recordings that would support what the defendant is saying

7    occurred?

8         MR. TORTORICE:  I haven't seen such a video, Your

9    Honor.  If it's out there like I said I would like to see it

10   and look in to it.  Although I will say that the charge the

11   defendant pled to is almost irrespective of that.  It was

12   the remaining in the Capitol.  He should have known he was

13   not allowed to remain in the Capitol.  So even so, even if

14   that exist the, it really doesn't affect what he pled to.

15        THE COURT:  Well, Mr. Morrissey, the government

16   does have an obligation if it is aware of exculpatory

17   information to provide that information to a defendant and

18   his lawyer, but the government's lawyer says that he doesn't

19   know about any recording of that nature, never had such a

20   recording available to him.  And if that's true and I have

21   no reason to suggest or believe that a member of the United

22   States Attorney's office and a lawyer, a member of the

23   court, you know, withheld anything from you.  And if he

24   didn't hold anything from you that he knew about then

25   there's no *Brady* violation.

1            THE DEFENDANT:  Your Honor, I completely agree

2    with you.  I'm not saying the district attorney did anything

3    willfully.  However, what I'm actively speaking is my entry

4    in to the Capitol which is through the rotunda doors at 2:27

5    p.m. on the East side of the Capitol.  I knew that video had

6    to exist of my point eventually because the doors were

7    opened from the inside.

8            I pled with my attorney to request that video

9    because I knew it was a very specific time in which I

10   entered at 2:27 through Rotunda doors.  The doors were

11   opened from the inside.  And I asked my lawyer again and

12   again and again to receive that video from the prosecution.

13   At no point did he ever even make an attempt to request that

14   information or that video evidence.

15           However, I was able to find that video evidence in

16   the public domain from inside the Capitol that was not a

17   handheld device or from a third party.  It looks to be

18   footage from actual, the closed captioning TV on the Capitol

19   grounds which shows exactly what I'm talking about my entry

20   into the Capitol at 2:27 p.m. on January 6th of 2021.

21           THE COURT:  Again, you may not want to respond to

22   this, but as I recall the evidence that the government has

23   against you at the time of the entry it wasn't like this was

24   a peaceful situation and that the doors were peacefully

25   opened and you were given the impression that you could

1    enter.  As I understand the alarms were going off.  There

2    was fighting taking place.  There was teargas being sprayed

3    and other types of matters of that nature being sprayed.

4            And so even if what you're saying is true that the

5    doors were somehow open and therefore you entered, that you

6    entered without forcefully going through the door.  Number

7    one, the government is not, didn't charge -- well, at least

8    you didn't plead guilty to that.  As the government said

9    what you pled guilty to is once you got inside of the

10   premises and you then engaged in behavior that the law

11   prohibit.

12           So I mean I don't know how even if what you're

13   saying is true how that would exonerate you from what you

14   pled guilty to.  And I assume you're requesting that you be

15   permitted to withdraw your guilty plea and go to trial.  Is

16   that your request?

17           THE DEFENDANT:  I didn't know what my options

18   were, your Honor.  Like I said I thought this would be

19   something that would have been addressed with my defense

20   attorney, and that my entry into the Capitol was, was

21   material and favorable to resolve [indiscernible], that

22   would be able to, the genesis of all the subsequent charges.

23   I was let into the Capitol.  One of the charges I'm able to

24   find --

25           THE COURT:  You're saying that the Capitol police

1    let you in to the Capitol despite all that was going on at

2    that time?

3              THE DEFENDANT:  I'm saying, Your Honor, that there

4    is video out there that supports what I'm saying, and I

5    would be happy to provide your chamber with that video

6    evidence so that way you can review it.

7              THE COURT:  But again, even if what you're saying

8    is true regardless of all of the violence and everything

9    that was taking place that you nonetheless felt that somehow

10   you had the authorization to enter the Capitol, again that's

11   not what you pled guilty to.  What you pled guilty to was

12   once you got inside you then stayed inside and engaged in

13   behavior that's not permitted, which was parading,

14   demonstrating and picketing.

15             And if you did those things once you got inside

16   even if what you're saying about your entry that would not

17   exonerate you from culpability in this case.  So again, I

18   don't know.  Are you saying that what you say you discovered

19   should be a basis for you to withdraw your guilty plea and

20   go to trial?

21             THE DEFENDANT:  I'm sorry, Your Honor, I'm

22   thinking.  I don't know, I don't know about that.  Like I

23   said I have tried to seek out legal counsel and get some

24   other legal advice, but thus far I haven't received any.  I

25   don't know really what to do right now, Your Honor.

1          MR. TORTORICE:  Your Honor, I think it's worth

2    noting for the record that the plea agreement does call for

3    dismissal of the count that involves him entering the

4    Capitol, so to the extent he has a complaint about that

5    particular charge it's going to be dismissed pursuant to the

6    plea agreement if he persist with the plea.

7          THE COURT:  Right.  I mean the charge like the

8    government says even though you know personally based upon

9    having had a lot of these cases and having become familiar

10   with the facts regarding the circumstances that resulted in

11   people entering the Capitol, which it seems to me you know

12   all of the violence and the alarms that were going off and

13   the pepper spray and the other types of aerosols that were

14   being utilized and that everything that was taking place,

15   you know, I find it hard to believe that somebody would have

16   felt, even if the doors were open that somehow they were

17   given permission to enter.

18          But even if your position on that is true as the

19   government says they are dismissing that charge.  So the

20   charge that you pled guilty to, and I'm sure I made some

21   inquiries of you.  I haven't looked at the transcript of the

22   guilty plea hearing.  It is my policy to always query

23   someone who is pleading guilty as to whether they are

24   acknowledging what the government says they did, which is

25   the basis for the charge that they pled guilty to.  And as

1   the government said what you pled guilty to is what happened

2   once you got inside not what happened in reference to your

3   going inside.

4           So I mean based upon what I've heard thus far I

5   just don't see any basis I would have under the legal

6   standard I have to apply to permit you to withdraw your

7   guilty plea because you're not saying anything that would

8   indicate that you actually were not guilty of the crime that

9   you pled guilty to.

10          THE DEFENDANT:  Can I send you a copy of the link

11  of the video, Your Honor?

12          THE COURT:  Again, maybe you're missing my point.

13  Even if what you say is true that that video showed that

14  the -- even if what -- let's take it to the extreme.  The

15  police waved you in, open the doors and said come on in and

16  you went in.  What they're charging you with is what

17  happened once you got inside.  So even if what you're saying

18  is true that somehow you felt that the police were letting

19  you enter the Capitol despite all that was going on, even if

20  you say what is true, what they said is what happened once

21  you got in.

22          So even if they let you in, if they welcomed you

23  in, said come on in, once you got in that's what they have

24  charged you with having violated the law.  Do you understand

25  what I'm saying?

1           THE DEFENDANT:  Yes, I do, Your Honor.

2           THE COURT:  So with -- I mean you can move to

3    withdraw your guilty plea if you so choose, but at least

4    based upon what I've heard I don't see you saying that you

5    are not guilty of what you pled guilty to, again what

6    happened once you were actually inside of the Capitol

7    building.  And are you saying that even though you admitted

8    during the plea hearing that these things occurred as the

9    government alleged, are you saying that you're not guilty of

10   what they said you did and what you pled guilty to once you

11   got into the building?

12          THE DEFENDANT:  No, I acknowledged that, Your

13   Honor.  I acknowledged that in my plea hearing and I

14   acknowledged that throughout this entire process.  I just --

15          THE COURT:  So again what relief are you

16   requesting that I give you?

17          THE DEFENDANT:  I was very concerned with the fact

18   that I was let in, and let's take the circumstances aside

19   you know, and say I walked through an open door, right.

20   Let's take a, extreme circumstances, because it is what it

21   is, right.  Had that door never been opened, I didn't

22   forcefully enter the Capitol.  I was never violent.  I never

23   committed any vandalism, and I didn't do any of those

24   things.

25          So I, I guess at the time I mean looking back in

1    hindsight obviously 20/20, at the time I think a reasonable

2    person if the door is opened from the inside I didn't really

3    have a choice.  I wasn't on the back scaffolding on the West

4    side fighting my way in or doing anything like that.  I

5    literally walked through an open door, Your Honor.

6         And that's all I'm saying, is that if that's the

7    genesis of all the subsequent charges wouldn't that be,

8    wouldn't that be enough to prove that I didn't do -- I

9    didn't, you know -- that's the whole thing is like I was

10   allowed into the building.  Whether you take me at my word

11   or not I have the video to corroborate what I'm saying.  All

12   I'm saying the door was opened for me and I walked through,

13   that's all I'm saying.

14        THE COURT:  Again, you're missing my point.

15   There's nothing going on over at the Capitol right now,

16   okay.  If I walk over to the Capitol right now it is a

17   public building.  I mean there are certain areas I can't go

18   to, but there are certain areas I can go to.  Although

19   generally in order to get into the Capitol, I mean you've

20   got to go through a metal detector and all that stuff.

21        But assuming that didn't even exist and I can walk

22   over to the Capitol now.  It's open and I walked in.  I

23   haven't committed a crime, but if once I get inside I then

24   violate the law then I've violated the law.  And the fact

25   that was able to go in with permission or because there were

1    no restraints that stopped me that's of no relevance in

2    reference to what I'm alleged to have done once I got

3    inside.

4           Now obviously in reference to what sentence you

5    receive the fact that you didn't, if that's the case, use

6    any violence to enter, and the fact that you felt that you

7    had a reason to go in and it was not a violation of the law,

8    those are things obviously I would take into account in

9    mitigation of what the sentence should be.  But the reality

10   is that that doesn't negate your guilt for what they said

11   and what you pled guilty to you did once you entered.

12          THE DEFENDANT:  Okay.

13          THE COURT:  So we have this matter down for

14   sentencing.

15          MR. SOLIS:  The Court vacated the current

16   sentencing date.

17          THE COURT:  I know I did.  I know, but I was going

18   to set another date.  I'll leave it up to Mr. Morrissey as

19   to whether he wants to retain other counsel to represent him

20   or whether he wants to go forward with you representing him

21   even though he's making these claims against you or whether

22   he wants to represent himself.  It's his choice.

23          You know, these matters are getting old.  We need

24   to resolve them, so I'm going to go ahead and set another

25   sentencing date.  And if he gets new counsel obviously that

 1    new counsel can file something on his behalf, or if he wants

 2    to file something representing himself he can obviously do

 3    that.

 4         But Mr. Morrissey, as I understand you're not

 5    requesting that your current lawyer withdraw as your lawyer,

 6    is that right?

 7              THE DEFENDANT:  Not at this time, Your Honor.

 8              THE COURT:  Counsel, can you, you believe you can

 9    continue despite what's been said about you by the defendant

10    that you can appropriately represent him?

11              MR. SOLIS:  Of course, Your Honor.  The only issue

12    would be if there's a pending Bar complaint that might

13    create an issue.  Absent that issue, of course, I have no

14    problem proceeding to sentencing.  Any legal dispute or any

15    disagreement we have over the law is neither here nor there.

16    It doesn't affect my ability to represent him at sentencing.

17              THE COURT:  I'm not sure.  I mean, I guess it is a

18    problem if there's an outstanding Bar complaint against you

19    as to what extent that could at least perceive as having

20    compromised your diligence in representing your client.

21              MR. SOLIS:  Your Honor, this is the first time

22    I've heard of any Bar complaint, so, and it would seem as if

23    the Bar complaint is based on the issues that were discussed

24    here today which the Court seems to have addressed.  But I

25    guess it's up to Mr. Morrissey if he wants to proceed with

1    me at sentencing or he wants to get separate counsel that

2    doesn't have the issues that he might have raised in a court

3    complaint.

4         THE COURT:  Mr. Morrissey, it really I guess is

5    your choice.  I mean, I have some concern if, in fact, you

6    have filed a Bar complaint with the California Bar.  If you

7    have filed a complaint against your lawyer I have some

8    concerns about him representing you at sentencing.  Because

9    I can see depending on what the sentence is you claiming

10   that he did not properly represent you because this Bar

11   complaint had been filed by you against him, so I don't know

12   how you want to proceed in that regard.

13        But it seems to me if you're going to continue to

14   pursue your Bar complaint, which you have a right to do, I

15   think that does create a problem with him representing you

16   at your sentencing.

17        THE DEFENDANT:  Okay.  What do I need to prepare

18   for sentencing?  If I do retain other counsel what do I need

19   to prepare for?

20        THE COURT:  That lawyer would have to get all of

21   the information from the government.  Actually he would get

22   it from your current lawyer.  Your current lawyer would have

23   an obligation if you get other counsel to turn over all the

24   information that he has, which I assume is all the

25   information that new counsel would need to be in a position

1    to represent you at your sentencing.

2              THE DEFENDANT:  Okay.

3              THE COURT:  So I'll continue the matter for enough

4    time if you're going to get other counsel to do so, but if

5    you don't then we're going to proceed with your current

6    counsel unless I'm somehow convinced that the fact that you

7    filed this Bar complaint against him makes him unavailable

8    to represent you because of a conflict between you and he

9    regarding your legal representation.

10             MR. SOLIS:  Again, I would just say for my

11   purposes if there was a Bar complaint, but it was filed

12   under some misunderstanding that the Court seems to have

13   resolved at least from the defendant's prospective today and

14   it were withdrawn I wouldn't have any problem or conflict

15   representing Mr. Morrissey.  The only issue would be -- I

16   don't believe he can persist in a Bar complaint and at the

17   same time have me represent him at sentencing.

18             If that issue were resolved, I don't have any

19   issue.  I think this was a disagreement about the legal

20   remedies he might have had even with regard to the *Brady*

21   issue that he perceived that I did not necessarily agree

22   with.  The Court doesn't seem to have agreed with it either.

23   Nor did the Court seem to agree that he had a basis to

24   withdraw his plea.  And I didn't, also didn't see a basis

25   which, why either motion was filed.

1          So if, you know, like I said if those issues seem

2     to be resolved, I don't have any conflict or issue

3     representing Mr. Morrissey at sentencing vigorously as is my

4     obligation.  The only issue would be if he persist in a Bar

5     complaint I think that would create a direct conflict.

6          THE COURT:  I would tend to agree with that.  It

7     just doesn't feel good to have a lawyer representing someone

8     who has a Bar complaint filed against him by that person.

9     That's just doesn't sit well with me.  And I would think

10    under those circumstances that other counsel would have to

11    represent him if he is going to continue you know to pursue

12    that Bar complaint, but that's obviously his choice as to

13    whether he wants to do that.

14         I mean, I assume Mr. Solis you agree with the

15    proposition that I indicated that if in fact a tape as he

16    indicates he exist, although it wouldn't exonerate him it

17    would be something that would be relevant to submit to the

18    court in support of mitigation of what the sentence should

19    be.

20         MR. SOLIS:  Your Honor, I agree with that and

21    without you know getting into any attorney/client

22    communications my analysis is the same as the Court's and

23    this decision had already been made not to file something

24    because I didn't want necessarily Mr. Morrissey to err all

25    of these things before the same court that's going to be

1    issuing the sentence, but nevertheless I've already

2    considered and declined to file any such motion so I think

3    that issue for me has been resolved.

4              THE COURT:  Okay.  Well, what I'll do is I will

5    continue the case so that he has time to assess how he wants

6    to proceed and if he wants to employ other counsel he'll

7    have enough time in order to do that.  And if that is how he

8    wants to proceed then we'd have to set this in mid-August

9    because I'll be tied up until then and then I'm on leave one

10   of those weeks in early August.  And at that time because

11   the authorization under the CARES Act for judges to conduct

12   matters remotely would have expired unless that day is

13   extended by the court at our next judges's meeting, I don't

14   know if that's going to be extended or not.  If it's not

15   extended under the current federal rules this proceeding

16   would have to be conducted in person.

17             So I'll set matter for the third week of August

18   when I get back from leave.  And that proceeding will have

19   to be conducted in the courtroom unless there's

20   authorization to continue to conduct matters remotely in

21   light of the COVID-19 virus.

22             MR. SOLIS:  Sure, Your Honor.  I will endeavor to

23   resolve whether or not Mr. Morrissey is going to proceed

24   with present counsel or retain new counsel, and I'll file

25   something just to notify the Court what's going to happen.

1    And then we'll know, you'll have a better ability to know

2    whether the date that you set is going to go forward on that

3    date or not.

4              THE COURT:  What about the 18th of August at two

5    o'clock?

6              MR. SOLIS:  I can do it earlier in the week, but

7    I'm traveling on the 18th and 19th, so I can do the 15th

8    through the 17th.

9              THE COURT:  You said you can do the 17th also?

10             MR. SOLIS:  Yes.  Might have to be in the

11   afternoon.

12             THE COURT:  I already have a motions hearing set

13   at two o'clock.

14             MR. SOLIS:  I could also do the 16th, it would

15   just have to be in the afternoon.

16             THE COURT:  Okay.  I can do the 16th at 2:30.

17             MR. SOLIS:  Can you do 3:30?

18             THE COURT:  Yes.

19             MR. SOLIS:  That would be ideal.

20             THE COURT:  Is that good for government counsel?

21             MR. TORTORICE:  Yes, Your Honor, that works for

22   the government.

23             THE COURT:  Okay.  Anything else from government

24   counsel?

25             MR. TORTORICE:  Nothing further from the

1    government, Your Honor.

2           THE COURT:  Anything else from defense counsel?

3           MR. SOLIS:  No, Your Honor.

4           THE COURT:  Mr. Morrissey, anything else?

5           THE DEFENDANT:  No, Your Honor.

6           THE COURT:  Thank you.

7           MR. SOLIS:  Thank you, Your Honor.

8           MR. TORTORICE:  Thank you, Your Honor.

9           THE DEFENDANT:  Thank you, Your Honor.

10          [Thereupon, the proceedings adjourned at 10:27

11          a.m.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

1

2          **I, Cathryn J. Jones, an Official Court Reporter,**

3   for the United States District Court of the District of

4   Columbia, do hereby certify that the foregoing 19 pages is a

5   true and correct transcript of the remotely reported

6   proceedings in the above-entitled matter.

7          Please note:  This hearing occurred during the

8   COVID-19 pandemic and is therefore subject to the

9   technological limitations of court reporting remotely.

10          In witness whereof, I have hereto subscribed my

11   name, this the 7th day of September, 2022.

12

13                              /s/_Cathryn J. Jones
                              Cathryn J. Jones, RPR
14                              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

**MR. SOLIS: [14]** 2/6 12/14 13/10
13/20 15/9 16/19 17/21 18/5 18/9
18/13 18/16 18/18 19/2 19/6
**MR. TORTORICE: [7]** 2/3 3/16 4/7
7/25 18/20 18/24 19/7
**THE COURT: [37]**
**THE DEFENDANT: [20]** 2/10 2/17
2/22 3/2 3/4 3/9 4/25 6/16 7/2 7/20 9/9
9/25 10/11 10/16 12/11 13/6 14/16
15/1 19/4 19/8
**THE DEPUTY CLERK: [1]** 2/1

**.**
**.x [1]** 1/6

**/**
**/s [1]** 20/13

**1**
**10:03 [1]** 1/6
**10:27 [1]** 19/10
**11-229 [1]** 1/14
**14 [1]** 1/5
**15th [1]** 18/7
**16th [2]** 18/14 18/16
**17th [2]** 18/8 18/9
**18th [2]** 18/4 18/7
**19 [3]** 17/21 20/4 20/8
**19th [1]** 18/7

**2**
**20 [1]** 11/1
**20/20 [1]** 11/1
**20001 [1]** 1/23
**202 [1]** 1/15
**2021 [1]** 5/20
**2022 [2]** 1/5 20/11
**20530 [1]** 1/14
**21-660-RBW-1 [1]** 1/4
**213 [1]** 1/19
**229 [1]** 1/14
**23679 [1]** 1/14
**252-7155 [1]** 1/15
**2:27 [2]** 5/4 5/10
**2:27 p.m [1]** 5/20
**2:30 [1]** 18/16

**3**
**333 [1]** 1/23
**3:30 [1]** 18/17

**4**
**412 [1]** 1/18
**489-5880 [1]** 1/19
**4th [1]** 1/13

**5**
**555 [1]** 1/13
**5880 [1]** 1/19

**6**
**6521 [1]** 1/22
**6th [1]** 5/20

**7**
**7155 [1]** 1/15

**7th [1]** 20/11

**A**
**a.m [1]** 1/6 19/11
**ability [2]** 13/16 18/1
**able [4]** 5/15 6/22 6/23 11/25
**about [4]** 4/19 4/24 5/19 7/16 7/22
8/4 13/9 14/8 15/19 18/4
**above [1]** 20/6
**above-entitled [1]** 20/6
**Absent [1]** 13/13
**access [1]** 4/1
**account [1]** 12/8
**acknowledged [3]** 10/12 10/13 10/14
**acknowledging [1]** 8/24
**Act [1]** 17/11
**actively [1]** 5/3
**actual [1]** 5/18
**actually [3]** 9/8 10/6 14/21
**address [1]** 4/3
**addressed [2]** 6/19 13/24
**adjourned [1]** 19/10
**admitted [1]** 10/7
**advice [1]** 7/24
**aerosols [1]** 8/13
**affect [2]** 14/14 13/16
**afternoon [2]** 18/11 18/15
**again [12]** 5/11 5/12 5/12 5/21 7/7
7/10 7/17 9/12 10/5 10/15 11/14 15/10
**against [7]** 5/23 12/21 13/18 14/7
14/11 15/7 16/8
**agree [6]** 5/1 15/21 15/23 16/6 16/14
16/20
**agreed [1]** 15/22
**agreement [2]** 8/2 8/6
**ahead [1]** 12/24
**aided [1]** 1/25
**alarms [2]** 6/1 8/12
**all [16]** 2/23 3/17 6/22 7/1 7/8 8/12
9/19 11/6 11/7 11/11 11/13 11/20
14/20 14/23 14/24 16/24
**allegation [1]** 3/1
**alleged [2]** 10/9 12/2
**alleging [1]** 2/21
**allowed [2]** 4/13 11/10
**almost [1]** 4/11
**along [1]** 2/24
**already [3]** 16/23 17/1 18/12
**although [3]** 4/10 11/18 16/16
**always [1]** 8/22
**am [2]** 2/11 2/23
**AMERICA [1]** 1/3
**analysis [1]** 16/22
**another [3]** 3/24 12/18 12/24
**Anthony [3]** 1/17 1/17 2/7
**anthonysolislaw [1]** 1/19
**any [16]** 3/15 4/5 4/19 7/24 9/5 10/23
10/23 12/6 13/14 13/14 13/22 15/14
15/18 16/2 16/21 17/2
**anyone [1]** 3/19
**anything [8]** 4/23 4/24 5/2 9/7 11/4
18/23 19/2 19/4
**APPEARANCES [1]** 1/11
**apply [1]** 9/6
**appropriately [1]** 13/10
**are [14]** 2/20 3/8 3/10 7/18 8/19 8/23

10/5 10/7 10/9 10/15 11/17 11/18 12/8
12/23
**areas [2]** 11/17 11/18
**around [1]** 3/20
**as [19]** 2/16 3/15 5/22 6/1 6/8 8/18 8/23
8/25 10/8 12/18 13/4 13/5 13/19 13/19
13/22 16/3 16/12 16/15 16/22
**aside [1]** 10/18
**ask [2]** 2/20 3/12
**asked [1]** 5/11
**assess [1]** 17/5
**assistance [1]** 2/21
**assume [4]** 4/4 6/14 14/24 16/14
**assuming [1]** 11/21
**attempt [1]** 5/13
**attorney [4]** 5/2 5/8 6/20 16/21
**ATTORNEY'S [2]** 1/12 4/22
**attorney/client [1]** 16/21
**August [4]** 17/8 17/10 17/17 18/4
**AUSA [1]** 1/12
**authorization [3]** 7/10 17/11 17/20
**available [1]** 4/20
**Avenue [1]** 1/23
**aware [1]** 4/16

**B**
**back [3]** 10/25 11/3 17/18
**Bar [15]** 2/25 13/12 13/18 13/22 13/23
14/6 14/6 14/10 14/14 15/7 15/11
15/16 16/4 16/8 16/12
**based [5]** 4/4 8/8 9/4 10/4 13/23
**basis [5]** 7/19 8/25 9/5 15/23 15/24
**be [26]**
**because [12]** 2/13 5/6 5/9 9/7 10/20
11/25 14/8 14/10 15/8 16/24 17/9
17/10
**become [1]** 8/9
**been [6]** 6/19 10/21 13/9 14/11 16/23
17/3
**before [2]** 1/9 16/25
**behalf [1]** 13/1
**behavior [2]** 6/10 7/13
**being [3]** 6/2 6/3 8/14
**believe [5]** 2/23 4/21 8/15 13/8 15/16
**best [1]** 3/6
**better [1]** 18/1
**between [1]** 15/8
**Brady [2]** 4/25 15/20
**building [4]** 10/7 10/11 11/10 11/17

**C**
**Calabasas [1]** 1/18
**California [1]** 14/6
**call [2]** 2/10 8/2
**can [21]**
**can't [1]** 11/17
**Capitol [23]**
**captioning [1]** 5/18
**CARES [1]** 17/11
**case [3]** 7/17 12/5 17/5
**cases [1]** 8/9
**Cathryn [4]** 1/21 20/2 20/13 20/14
**certain [2]** 11/17 11/18
**CERTIFICATE [1]** 20/1
**certify [1]** 20/4
**chamber [2]** 2/24 7/5
**charge [7]** 4/10 6/7 8/5 8/7 8/19 8/20

## C

charge... [1] 8/25
charged [1] 9/24
charges [3] 6/22 6/23 11/7
charging [1] 9/16
choice [5] 2/15 11/3 12/22 14/5 16/12
choose [1] 10/3
Chris [1] 2/4
Christopher [1] 1/12
christopher.tortorice [1] 1/15
circumstances [4] 8/10 10/18 10/20 16/10
claiming [1] 14/9
claims [2] 3/13 12/21
client [2] 13/20 16/21
closed [1] 5/18
COLUMBIA [3] 1/2 1/13 20/4
come [2] 9/15 9/23
committed [2] 10/23 11/23
communications [1] 16/22
complaint [18] 2/25 3/22 8/4 13/12 13/18 13/22 13/23 14/3 14/6 14/7 14/11 14/14 15/7 15/11 15/16 16/5 16/8 16/12
completely [1] 5/1
compromised [1] 13/20
computer [1] 1/25
computer-aided [1] 1/25
concern [1] 14/5
concerned [1] 10/17
concerns [1] 14/8
conduct [3] 2/15 17/11 17/20
conducted [3] 2/13 17/16 17/19
CONFERENCE [1] 1/8
conflict [4] 15/8 15/14 16/2 16/5
considered [1] 17/2
Constitution [1] 1/23
continue [7] 3/9 13/9 14/13 15/3 16/11 17/5 17/20
convinced [1] 15/6
copy [1] 9/10
CORP [1] 1/17
correct [1] 20/5
corroborate [1] 11/11
could [3] 5/25 13/19 18/14
counsel [22]
count [1] 8/3
course [2] 13/11 13/13
court [19] 1/1 1/21 1/22 1/22 4/23 12/15 13/24 14/2 15/12 15/22 15/23 16/18 16/25 17/13 17/25 20/2 20/3 20/9 20/14
Court's [1] 16/22
courtroom [1] 17/19
COVID [2] 17/21 20/8
COVID-19 [2] 17/21 20/8
CR [1] 1/4
create [3] 13/13 14/15 16/5
crime [2] 9/8 11/23
culpability [1] 7/17
current [7] 3/9 12/15 13/5 14/22 14/22 15/5 17/15

## D

D.C [2] 1/5 1/23
DANIEL [1] 1/5
database [1] 4/1

date [5] 12/16 12/18 12/25 18/2 18/3
day [2] 17/12 20/11
DC [1] 1/14
decision [1] 16/23
declined [1] 17/2
defendant [10] 1/6 1/17 2/8 2/9 3/18 3/23 4/6 4/11 4/17 13/9
defendant's [1] 15/13
defense [3] 3/25 6/19 19/2
demonstrating [1] 7/14
depending [1] 14/9
despite [2] 7/19 13/9
detector [1] 11/20
device [1] 5/17
did [12] 2/21 4/5 5/2 5/13 7/15 8/24 10/10 12/11 12/17 14/10 15/21 15/23
didn't [15] 3/19 4/24 6/7 6/8 6/17 10/21 10/23 11/2 11/8 11/9 11/21 12/5 15/24 15/24 16/24
diligence [1] 13/20
direct [1] 16/5
disagreement [1] 13/15 15/19
discovered [1] 7/18
discussed [1] 13/23
dismissal [1] 8/3
dismissed [1] 8/5
dismissing [1] 8/19
dispute [1] 13/14
district [8] 1/1 1/2 1/10 1/13 1/22 5/2 20/3 20/3
do [23]
Docket [1] 1/4
documentation [1] 2/24
does [4] 3/15 4/16 8/2 14/15
doesn't [8] 4/14 4/18 12/10 13/16 14/2 15/22 16/7 16/9
doing [2] 2/16 11/4
domain [1] 5/16
don't [16] 3/8 3/10 4/5 6/12 7/18 7/22 7/22 7/25 9/5 10/4 14/11 15/5 15/16 15/18 16/2 17/13
done [1] 12/2
door [6] 6/6 10/19 10/21 11/2 11/5 11/12
doors [6] 5/4 5/6 5/10 5/10 5/24 6/5 8/16 9/15
down [1] 12/13
during [2] 10/8 20/7

## E

earlier [1] 18/6
early [1] 17/10
East [1] 5/5
effective [1] 2/21
either [1] 15/22 15/25
else [4] 4/2 18/23 19/2 19/4
Email [2] 1/15 1/19
employ [1] 17/6
endeavor [1] 17/22
engaged [2] 6/10 7/12
enough [3] 11/8 15/3 17/7
enter [8] 3/14 3/19 6/1 7/10 8/17 9/19 10/22 12/6
entered [4] 5/10 6/5 6/6 12/11
entering [2] 8/3 8/11
entire [1] 10/14
entitled [1] 20/6

entry [5] 5/3 5/19 5/23 6/20 7/16
err [1] 16/24
Esquire [1] 1/17
even [19] 4/13 4/13 5/13 6/4 6/12 7/7 7/16 8/8 8/16 8/18 8/19 9/14 9/17 9/19 9/22 10/7 11/21 12/21 15/20
evening [1] 3/21
eventually [1] 5/6
ever [1] 5/13
everything [2] 7/8 8/14
evidence [4] 5/14 5/15 5/22 7/6
Evidence.com [1] 4/1
exactly [1] 5/19
exculpatory [1] 4/16
exist [5] 3/13 4/14 5/6 11/21 16/16
exonerate [3] 6/13 7/17 16/16
experienced [1] 2/14
expired [1] 17/12
extended [3] 17/13 17/14 17/15
extent [2] 8/4 13/19
extreme [1] 9/14 10/20

## F

fact [7] 10/17 11/24 12/5 12/6 14/5 15/6 16/15
facts [1] 8/10
familiar [1] 8/9
far [2] 7/24 9/4
father [1] 3/6
favorable [1] 6/21
federal [1] 17/15
feel [1] 16/7
felt [4] 7/9 8/16 9/18 12/6
fighting [1] 6/2 11/4
file [5] 13/1 13/2 16/23 17/2 17/24
filed [7] 14/6 14/7 14/11 15/7 15/11 15/25 16/8
find [3] 5/15 6/24 8/15
first [2] 3/21 13/21
footage [1] 5/18
forcefully [2] 6/6 10/22
foregoing [1] 20/4
forward [2] 12/20 18/2
further [1] 18/25

## G

gave [1] 3/25
generally [1] 11/19
genesis [2] 6/22 11/7
get [9] 7/23 11/19 11/23 14/1 14/20 14/21 14/23 15/4 17/18
gets [1] 12/25
getting [2] 12/23 16/21
give [1] 10/16
given [2] 5/25 8/17
gmail.com [1] 1/19
go [10] 6/15 7/20 11/17 11/18 11/20 11/25 12/7 12/20 12/24 18/2
going [20] 3/7 6/1 6/6 7/1 8/5 8/12 9/3 9/19 11/15 12/17 12/24 14/13 15/4 15/5 16/11 16/25 17/14 17/23 17/25 18/2
good [6] 2/4 2/6 2/7 2/9 16/7 18/20
got [10] 6/9 7/12 7/15 9/2 9/17 9/21 9/23 10/11 11/20 12/2
government [19] 1/12 2/2 2/5 3/12 3/15 4/15 5/22 6/7 6/8 8/8 8/19 8/24

## G

**government...** [7] 9/1 10/9 14/21 18/20 18/22 18/23 19/1
**government's** [1] 4/18
**grounds** [1] 5/19
**guess** [4] 10/25 13/17 13/25 14/4
**guilt** [1] 12/10
**guilty** [21]

## H

**had** [11] 3/22 4/19 5/5 7/10 8/9 10/21 12/7 14/11 15/20 15/23 16/23
**handheld** [1] 5/17
**happen** [1] 17/25
**happened** [5] 9/1 9/2 9/17 9/20 10/6
**happy** [1] 7/5
**hard** [1] 8/15
**has** [6] 5/22 8/4 14/24 16/8 17/3 17/5
**have** [51]
**haven't** [6] 3/20 3/22 4/8 7/24 8/21 11/23
**having** [4] 8/9 8/9 9/24 13/19
**he** [37]
**he'll** [1] 17/6
**he's** [1] 12/21
**heard** [4] 3/19 9/4 10/4 13/22
**hearing** [6] 2/13 8/22 10/8 10/13 18/12 20/7
**here** [2] 13/15 13/24
**hereby** [1] 20/4
**hereto** [1] 20/10
**him** [16] 3/19 4/20 8/3 12/19 12/20 13/10 13/16 14/8 14/11 14/15 15/7 15/7 15/17 16/8 16/11 16/16
**himself** [2] 12/22 13/2
**hindsight** [1] 11/1
**his** [5] 4/18 12/22 13/1 15/24 16/12
**hold** [1] 4/24
**Honor** [29]
**HONORABLE** [1] 1/9
**how** [5] 6/12 6/13 14/12 17/5 17/7
**However** [3] 2/13 5/3 5/15

## I

**I'll** [6] 12/18 15/3 17/4 17/9 17/17 17/24
**I'm** [24]
**I've** [6] 3/18 9/4 10/4 11/24 13/22 17/1
**ideal** [1] 18/19
**impression** [1] 5/25
**indicate** [1] 9/8
**indicated** [1] 16/15
**indicates** [1] 16/16
**indiscernible** [1] 6/21
**information** [6] 4/17 4/17 5/14 14/21 14/24 14/25
**inquiries** [1] 8/21
**inside** [14] 5/7 5/11 5/16 6/9 7/12 7/12 7/15 9/2 9/3 9/17 10/6 11/2 11/23 12/3
**intention** [1] 3/4
**investigate** [1] 3/23
**involves** [1] 8/3
**irrespective** [1] 4/11
**is** [53]
**issue** [10] 13/11 13/13 13/13 15/15 15/18 15/19 15/21 16/2 16/4 17/3
**issues** [3] 13/23 14/2 16/1

## J

**January** [1] 5/20
**January 6th** [1] 5/20
**Jones** [4] 1/21 20/2 20/13 20/14
**JUDGE** [2] 1/9 1/10
**judges** [1] 17/11
**judges's** [1] 17/13
**July** [1] 1/5
**just** [10] 2/20 3/6 3/12 9/5 10/14 15/10 16/7 16/9 17/25 18/15

## K

**knew** [3] 4/24 5/5 5/9
**know** [31]
**known** [1] 4/12

## L

**last** [1] 3/6
**law** [7] 1/17 6/10 9/24 11/24 11/24 12/7 13/15
**lawyer** [13] 2/22 3/9 4/18 4/18 4/22 5/11 13/5 13/5 14/7 14/20 14/22 14/22 16/7
**least** [4] 6/7 10/3 13/19 15/13
**leave** [3] 12/18 17/9 17/18
**legal** [6] 7/23 7/24 9/5 13/14 15/9 15/19
**let** [6] 2/20 3/12 6/23 7/1 9/22 10/18
**let's** [3] 9/14 10/18 10/20
**letting** [1] 9/18
**light** [1] 17/21
**like** [3] 3/25 4/2 4/9 4/9 5/23 6/18 7/22 8/7 11/4 11/9 16/1
**limitations** [1] 20/9
**link** [1] 9/10
**literally** [1] 11/5
**look** [1] 4/10
**looked** [1] 8/21
**looking** [1] 10/25
**looks** [1] 5/17
**lost** [1] 3/6
**lot** [2] 3/7 8/9

## M

**machine** [1] 1/24
**made** [2] 8/20 16/23
**make** [1] 5/13
**makes** [1] 15/7
**making** [1] 12/21
**material** [1] 6/21
**matter** [5] 2/15 12/13 15/3 17/17 20/6
**matters** [4] 6/3 12/23 17/12 17/20
**may** [1] 5/21
**maybe** [1] 9/12
**me** [11] 2/20 3/12 8/11 11/10 11/12 12/1 14/1 14/13 15/17 16/9 17/3
**mean** [11] 3/23 6/12 8/7 9/4 10/2 10/25 11/17 11/19 13/17 14/5 16/14
**meeting** [1] 17/13
**member** [2] 4/21 4/22
**metal** [1] 11/20
**mid** [1] 17/8

## mid-August

**mid-August** [1] 17/8
**might** [4] 18/12 14/2 15/20 18/10
**missing** [2] 9/12 11/14
**misunderstanding** [1] 15/12
**mitigation** [2] 12/9 16/18
**morning** [5] 2/3 2/4 2/6 2/7 2/9
**MORRISSEY** [13] 1/5 2/12 2/20 4/15 12/18 13/4 13/25 14/4 14/15 15/6 16/3 16/24 17/23 19/4
**motion** [2] 15/25 17/2
**motions** [1] 18/12
**move** [1] 10/2
**Mr** [14] 2/12 2/20 3/20 4/15 12/18 13/4 13/25 14/4 14/15 15/6 16/3 16/14 16/24 17/23 19/4
**my** [21]

## N

**N.W** [1] 1/23
**name** [1] 20/11
**nature** [2] 4/19 6/3
**navigate** [1] 3/6
**necessarily** [2] 15/21 16/24
**need** [4] 12/23 14/17 14/18 14/25
**negate** [1] 12/10
**neither** [1] 13/15
**never** [4] 4/19 10/21 10/22 10/22
**nevertheless** [1] 17/1
**new** [4] 12/25 13/1 14/25 17/24
**next** [1] 17/13
**no** [12] 1/4 3/3 3/17 4/21 4/25 5/13 10/12 12/1 12/1 13/13 19/3 19/5
**nonetheless** [1] 7/9
**not** [29]
**note** [1] 20/7
**nothing** [2] 11/15 18/25
**notify** [1] 17/25
**noting** [1] 8/2
**now** [6] 2/17 7/25 11/15 11/16 11/22 12/4
**number** [2] 3/25 6/6
**NW** [1] 1/13

## O

**o'clock** [2] 18/5 18/13
**obligation** [3] 4/16 14/23 16/4
**obviously** [7] 4/2 11/1 12/4 12/8 12/25 13/2 16/12
**occurred** [3] 4/7 10/8 20/7
**off** [2] 6/1 8/12
**office** [2] 1/12 4/22
**officer** [1] 3/15
**Official** [3] 1/22 20/2 20/14
**okay** [7] 11/16 12/12 14/17 15/2 17/4 18/16 18/23
**old** [1] 12/23
**once** [12] 6/9 7/12 7/15 9/2 9/17 9/20 9/23 10/6 10/10 11/23 12/2 12/11
**one** [3] 6/7 6/23 17/9
**only** [3] 13/11 15/15 16/4
**open** [6] 6/5 8/16 9/15 10/19 11/5 11/22
**opened** [6] 5/7 5/11 5/25 10/21 11/2 11/12
**options** [2] 3/10 6/17
**order** [2] 11/19 17/7
**other** [10] 3/2 6/3 7/24 8/13 12/19

## O

**other...** [5]  14/18 14/23 15/4 16/10 17/6
**our** [1]  17/13
**out** [4]  4/2 4/9 7/4 7/23
**outstanding** [1]  13/18
**over** [5]  11/15 11/16 11/22 13/15 14/23

## P

**p.m** [2]  5/5 5/20
**pages** [1]  20/4
**pandemic** [2]  2/14 20/8
**parading** [1]  7/13
**particular** [1]  8/5
**party** [1]  5/17
**peaceful** [1]  5/24
**peacefully** [1]  5/24
**pending** [1]  13/12
**people** [1]  8/11
**pepper** [1]  8/13
**perceive** [1]  13/19
**perceived** [1]  15/21
**permission** [2]  8/17 11/25
**permit** [1]  9/6
**permitted** [3]  3/14 6/15 7/13
**permitting** [1]  3/19
**persist** [3]  8/6 15/16 16/4
**person** [5]  2/13 2/16 11/2 16/8 17/16
**personal** [1]  3/7
**personally** [1]  8/8
**picketing** [1]  7/14
**place** [3]  6/2 7/9 8/14
**Plaintiff** [1]  1/3
**plea** [11]  6/15 7/19 8/2 8/6 8/6 8/22 9/7 10/3 10/8 10/13 15/24
**plead** [1]  6/8
**pleading** [1]  8/23
**Please** [1]  20/7
**pled** [14]  4/11 4/14 5/8 6/9 6/14 7/11 7/11 8/20 8/25 9/1 9/9 10/5 10/10 12/11
**point** [5]  5/6 5/13 9/12 11/14
**police** [4]  3/15 6/25 9/15 9/18
**policy** [1]  8/22
**position** [2]  8/18 14/25
**possession** [1]  4/5
**premises** [1]  6/10
**prepare** [2]  14/17 14/19
**present** [2]  3/9 17/24
**problem** [4]  13/14 13/18 14/15 15/14
**proceed** [9]  2/16 2/16 2/18 13/25 14/12 15/5 17/6 17/8 17/23
**proceeding** [3]  13/14 17/15 17/18
**proceedings** [3]  1/24 19/10 20/6
**process** [1]  10/14
**produced** [1]  1/25
**PROF** [1]  1/17
**prohibit** [1]  6/11
**properly** [1]  14/10
**proposition** [1]  16/15
**prosecution** [1]  5/12
**prospective** [1]  15/13
**prove** [1]  11/8
**proves** [1]  3/1
**provide** [2]  4/17 7/5
**public** [2]  5/16 11/17

**purportedly** [1]  3/14
**purposes** [1]  15/11
**pursuant** [1]  8/5
**pursue** [2]  14/14 16/11

## Q

**query** [1]  8/22

## R

**raised** [1]  14/2
**RBW** [1]  1/4
**reality** [1]  12/9
**really** [5]  3/22 4/14 7/25 11/2 14/4
**reason** [2]  4/21 12/7
**reasonable** [1]  11/1
**recall** [1]  5/22
**receive** [3]  2/21 5/12 12/5
**received** [1]  7/24
**record** [1]  8/2
**recorded** [1]  1/24
**recording** [3]  3/16 4/19 4/20
**recordings** [1]  4/6
**reference** [4]  3/13 9/2 12/2 12/4
**regard** [3]  3/4 14/12 15/20
**regarding** [2]  8/10 15/9
**regardless** [1]  7/8
**REGGIE** [1]  1/9
**relevance** [1]  12/1
**relevant** [1]  16/17
**relief** [1]  10/15
**remain** [1]  4/13
**remaining** [1]  4/12
**remedies** [1]  15/20
**remotely** [7]  2/15 2/17 2/18 17/12 17/20 20/5 20/9
**reported** [1]  20/5
**Reporter** [4]  1/21 1/22 20/2 20/14
**reporting** [1]  20/9
**represent** [9]  12/19 12/22 13/10 13/16 14/10 15/1 15/8 15/17 16/11
**representation** [1]  15/9
**representing** [8]  12/20 13/2 13/20 14/8 14/15 15/15 16/3 16/7
**request** [3]  5/8 5/13 6/16
**requesting** [3]  6/14 10/16 13/5
**resolve** [3]  6/21 12/24 17/23
**resolved** [4]  15/13 15/18 16/2 17/3
**respond** [1]  5/21
**restraints** [1]  12/1
**resulted** [1]  8/10
**retain** [3]  12/19 14/18 17/24
**review** [1]  7/6
**right** [9]  2/12 7/25 8/7 10/19 10/21 11/15 11/16 13/6 14/14
**Road** [1]  1/18
**Room** [1]  1/22
**rotunda** [2]  5/4 5/10
**RPR** [2]  1/21 20/14
**rules** [1]  17/15

## S

**said** [13]  4/9 6/8 6/18 7/23 9/1 9/15 9/20 9/23 10/10 12/10 13/9 16/1 18/9
**same** [3]  15/17 16/22 16/25
**say** [6]  4/10 7/18 9/13 9/20 10/19 15/10
**saying** [23]

**says** [4]  4/18 8/8 8/19 8/24
**scaffolding** [1]  7/3
**see** [8]  3/19 3/25 4/2 4/9 9/5 10/4 14/9 15/24
**seek** [1]  7/23
**seem** [4]  13/22 15/22 15/23 16/1
**seems** [4]  8/11 13/24 14/13 15/12
**seen** [3]  3/18 3/20 4/8
**send** [1]  9/10
**SENIOR** [1]  1/9
**sentence** [5]  12/4 12/9 14/9 16/18 17/1
**sentencing** [12]  12/14 12/16 12/25 13/14 13/16 14/1 14/8 14/16 14/18 15/1 15/17 16/3
**separate** [1]  14/1
**September** [1]  20/11
**set** [6]  12/18 12/24 17/8 17/17 18/2 18/12
**shorthand** [1]  1/24
**should** [4]  4/12 7/19 12/9 16/18
**showed** [1]  9/13
**shows** [2]  3/13 5/19
**side** [2]  5/5 11/4
**sit** [1]  16/9
**situation** [1]  5/24
**so** [29]
**Solis** [3]  1/17 1/17 2/8 3/20 16/14
**some** [5]  7/23 8/20 14/5 14/7 15/12
**somebody** [1]  8/15
**somehow** [5]  6/5 7/9 8/16 9/18 15/6
**someone** [2]  8/23 16/7
**something** [7]  4/2 6/19 13/1 13/2 16/17 16/23 17/25
**sorry** [2]  3/11 7/21
**sought** [1]  3/2
**speaking** [1]  5/3
**specific** [1]  5/9
**spray** [1]  8/13
**sprayed** [2]  6/2 6/3
**standard** [1]  9/6
**start** [1]  2/2
**State** [1]  2/25
**STATES** [5]  1/1 1/3 1/10 4/22 20/3
**STATUS** [1]  1/8
**stayed** [1]  7/12
**stopped** [1]  12/1
**Street** [1]  1/13
**stuff** [1]  11/20
**subject** [1]  20/8
**submit** [1]  16/17
**submitted** [1]  2/24
**subscribed** [1]  20/10
**subsequent** [2]  6/22 11/7
**such** [4]  3/15 4/8 4/19 17/2
**suggest** [1]  4/21
**Suite** [2]  1/14 1/18
**support** [2]  4/6 16/18
**supports** [1]  7/4
**sure** [4]  3/5 8/20 13/17 17/22

## T

**take** [5]  9/14 10/18 10/20 11/10 12/8
**taking** [3]  6/2 7/9 8/14
**talked** [1]  3/20
**talking** [1]  5/19
**tape** [2]  3/15 16/15

**T**

teargas [1]  6/2
technological [1]  20/9
TELEPHONIC [1]  1/8
tend [1]  16/6
Thank [4]  19/6 19/7 19/8 19/9
that [149]
that's [14]  4/20 7/10 7/13 9/23 11/6
11/6 11/9 11/13 12/1 12/5 16/9 16/12
16/25 17/14
them [2]  3/25 12/24
then [10]  4/24 6/10 7/12 11/23 11/24
15/5 17/8 17/9 17/9 18/1
there [11]  4/2 4/9 6/1 6/2 7/3 7/4 11/17
11/18 11/25 13/15 15/11
there's [7]  3/24 4/2 4/25 11/15 13/12
13/18 17/19
therefore [2]  6/5 20/8
Thereupon [1]  19/10
these [5]  8/9 10/8 12/21 12/23 16/25
they [11]  8/16 8/19 8/23 8/24 8/25 9/20
9/22 9/22 9/23 10/10 12/10
they're [1]  9/16
thing [1]  11/9
things [6]  3/7 7/15 10/8 10/24 12/8
16/25
think [7]  8/1 11/1 14/15 15/19 16/5
16/9 17/2
thinking [1]  7/22
third [2]  5/17 17/17
this [24]
those [6]  7/15 10/23 12/8 16/1 16/10
17/10
though [3]  8/8 10/7 12/21
thought [1]  6/18
through [8]  5/4 5/10 6/6 10/19 11/5
11/12 11/20 18/8
throughout [1]  10/14
Thursday [1]  1/5
thus [2]  7/24 9/4
tied [1]  17/9
time [14]  3/3 3/22 5/9 5/23 7/2 10/25
11/1 13/7 13/21 15/4 15/17 17/5 17/7
17/10
to resolve [1]  6/21
today [2]  13/24 15/13
Tortorice [2]  1/12 2/5
transcript [4]  1/8 1/24 8/21 20/5
transcription [1]  1/25
traveling [1]  18/7
trial [2]  6/15 7/20
tried [1]  7/23
true [9]  4/20 6/4 6/13 7/8 8/18 9/13
9/18 9/20 20/5
trying [1]  3/5
turn [1]  14/23
TV [1]  5/18
two [2]  18/4 18/13
types [2]  6/3 8/13

**U**

U.S [2]  1/12 1/22
unavailable [1]  15/7
unaware [1]  3/24
under [5]  9/5 15/12 16/10 17/11 17/15
understand [3]  6/1 9/24 13/4
UNITED [5]  1/1 1/3 1/10 4/21 20/3

unless [3]  15/6 17/12 17/19
until [1]  17/9
up [3]  12/18 13/25 17/9
upon [4]  4/4 8/8 9/4 10/4
usdoj.gov [1]  1/15
use [1]  12/5
utilized [1]  8/14

**V**

vacated [1]  12/15
vandalism [1]  10/23
very [1]  5/9 10/17
video [12]  3/24 4/8 5/5 5/8 5/12 5/14
5/15 7/4 7/5 9/11 9/13 11/11
videos [2]  3/18 4/1
videotape [1]  3/13
vigorously [1]  16/3
violate [1]  11/24
violated [2]  9/24 11/24
violation [2]  4/25 12/7
violence [3]  7/8 8/12 12/6
violent [1]  10/22
virus [2]  2/14 17/21

**W**

walk [3]  3/19 11/16 11/21
walked [4]  10/19 11/5 11/12 11/22
WALTON [1]  1/9
want [5]  2/16 3/8 5/21 14/12 16/24
wants [10]  12/19 12/20 12/22 13/1
13/25 14/1 16/13 17/5 17/6 17/8
was [30]
Washington [3]  1/5 1/14 1/23
wasn't [2]  5/23 11/3
waved [1]  9/15
way [2]  7/6 11/4
we [6]  2/14 2/18 3/25 12/13 12/23
13/15
we'd [2]  4/2 17/8
we'll [2]  2/2 18/1
we're [2]  2/16 15/5
we've [1]  2/14
week [3]  3/7 17/17 18/6
weeks [1]  17/10
welcomed [1]  9/22
well [4]  4/15 6/7 16/9 17/4
went [1]  9/16
were [18]  5/6 5/10 5/24 5/25 6/1 6/5
6/18 8/12 8/13 8/16 8/16 9/8 9/18 10/6
11/25 13/23 15/14 15/18
West [1]  11/3
what [56]
what's [2]  13/9 17/25
when [1]  17/18
whereof [1]  20/10
whether [8]  8/23 11/10 12/19 12/20
12/21 16/13 17/23 18/2
which [10]  5/4 5/9 5/19 7/13 8/11 8/24
13/24 14/14 14/24 15/25
who [2]  8/23 16/8
whole [1]  11/9
why [1]  15/25
will [4]  4/10 17/4 17/18 17/22
willfully [1]  5/3
withdraw [6]  6/15 7/19 9/6 10/3 13/5
15/24
withdrawn [1]  15/14

withheld [1]  4/23
without [2]  9/6 16/21
witness [1]  20/10
word [1]  11/10
works [1]  18/21
worth [1]  8/1
would [32]
wouldn't [4]  11/7 11/8 15/14 16/16

**Y**

Yes [6]  2/11 2/23 10/1 18/10 18/18
18/21
yesterday [1]  3/21
yet [1]  3/5
you [133]
you'll [1]  18/1
you're [15]  4/4 6/4 6/12 6/14 6/25 7/7
7/16 9/7 9/12 9/17 10/9 11/14 13/4
14/13 15/4
you've [1]  11/19
your [58]

# ~~Daniel Morrissey~~; 21-cr-660-RBW

From    Anthony Solis <anthonysolislaw@gmail.com>

To    Tortorice, Christopher (USADC)<christopher.tortorice@usdoj.gov>

Date    Saturday, October 15th, 2022 at 8:25 AM    → TWO MONTHS AFTER I WAS SENTENCE)

Chris:

You'll recall that prior to the July 14, 2022 status conference in Mr. Morrissey's case, we discussed that Mr. Morrissey found in the public domain additional videos depicting him entering the Capitol. These images were not provided to the defense in the production of discovery in this case. I'm requesting that the government provide any and all videos in the government's possession depicting Mr. Morrissey's entry into the Capitol.

--

Anthony M. Solis

A Professional Law Corporation

23679 Calabasas Road, Suite 412

Calabasas, CA 91302-1502

```
 1   of videos and access to the Evidence.com database, but if

 2   there's something else out there obviously we'd like to see

 3   it and address it.

 4              THE COURT:  So I assume based upon what you're

 5   saying you don't and did not have in your possession any

 6   recordings that would support what the defendant is saying

 7   occurred?

 8              MR. TORTORICE:  I haven't seen such a video, Your

 9   Honor.  If it's out there like I said I would like to see it

10   and look in to it.  Although I will say that the charge the

11   defendant pled to is almost irrespective of that.  It was

12   the remaining in the Capitol.  He should have known he was

13   not allowed to remain in the Capitol.  So even so, even if

14   that exist the, it really doesn't affect what he pled to.

15              THE COURT:  Well, Mr. Morrissey, the government

16   does have an obligation if it is aware of exculpatory

17   information to provide that information to a defendant and

18   his lawyer, but the government's lawyer says that he doesn't

19   know about any recording of that nature, never had such a

20   recording available to him.  And if that's true and I have

21   no reason to suggest or believe that a member of the United

22   States Attorney's office and a lawyer, a member of the

23   court, you know, withheld anything from you.  And if he

24   didn't hold anything from you that he knew about then

25   there's no Brady violation.        — Boom!
```



(4)

1    proves my allegation.

2              THE COURT:  Have you sought other counsel?

3              THE DEFENDANT:  I have not at this time, no.

4              THE COURT:  What is your intention in that regard?

5              THE DEFENDANT:  I'm not sure yet.  I'm trying to

6    navigate this as best I can.  I just lost my father last

7    week, and I have a lot of personal things going on.

8              THE COURT:  So are you saying you don't want your

9    current lawyer to continue to present you?

10              THE DEFENDANT:  I don't know what the options are,

11   Your Honor.  I'm sorry.

12              THE COURT:  Let me just ask government counsel in

13   reference to this videotape that he claims exist that shows

14   that he was purportedly permitted to enter the Capitol by a

15   police officer does the government know of any such tape

16   recording?

17              MR. TORTORICE:  No, Your Honor.  The, all of the

18   videos that I've seen of the defendant in the Capitol I

19   didn't see anyone permitting him to enter or you know walk

20   around.  You know, I haven't seen -- I talked to Mr. Solis

21   yesterday evening.  This is the first that I heard of this

22   complaint, so you know, I haven't really had time to

23   investigate what the defendant is saying.  I mean, if

24   there's another video that I'm unaware of, you know, I would

25   like to see it, you know.  The defense we gave them a number

```
 1   of videos and access to the Evidence.com database, but if
 2   there's something else out there obviously we'd like to see
 3   it and address it.
 4         THE COURT:  So I assume based upon what you're
 5   saying you don't and did not have in your possession any
 6   recordings that would support what the defendant is saying
 7   occurred?
 8         MR. TORTORICE:  I haven't seen such a video, Your
 9   Honor.  If it's out there like I said I would like to see it
10   and look in to it.  Although I will say that the charge the
11   defendant pled to is almost irrespective of that.  It was
12   the remaining in the Capitol.  He should have known he was
13   not allowed to remain in the Capitol.  So even so, even if
14   that exist the, it really doesn't affect what he pled to.
15         THE COURT:  Well, Mr. Morrissey, the government
16   does have an obligation if it is aware of exculpatory
17   information to provide that information to a defendant and
18   his lawyer, but the government's lawyer says that he doesn't
19   know about any recording of that nature, never had such a
20   recording available to him.  And if that's true and I have
21   no reason to suggest or believe that a member of the United
22   States Attorney's office and a lawyer, a member of the
23   court, you know, withheld anything from you.  And if he
24   didn't hold anything from you that he knew about then
25   there's no Brady violation.
```
