# ADDENDUM TO RULE 60(b)(3) MOTION

**United States v. Daniel Michael Morrissey**
Case No. 1:21-cr-660-RBW

**TO THE HONORABLE JUDGE REGGIE B. WALTON:**

Now comes petitioner, Daniel Michael Morrissey, respectfully submits this addendum to his pending Rule 60(b)(3) motion to vacate judgment based on **fraud upon the court**, introducing new evidence and **aggravating circumstances** which demand **urgent judicial redress.**

## I. NEW EVIDENCE OF ATTORNEY FRAUD AND FIDUCIARY BREACH

Anthony M. Solis, hired as my defense counsel, defrauded this Court, obstructed justice, and deliberately sabotaged my defense. As detailed in attached letters and records, Solis:

- **Knowingly concealed Brady material**,
- **Allowed me to plead guilty twice**, despite knowing exculpatory evidence was being withheld by AUSA Tortorice,
- **Failed to notify the Court of Brady obligations**, as required under *Brady v. Maryland*, 373 U.S. 83 (1963) and the Due Process Protections Act,
- And ultimately confessed to the conspiracy via email.

His conduct was not mere negligence it was **an act of betrayal**, motivated by ideological bias and professional cowardice. I did not receive counsel. I was **left to navigate a federal prosecution alone**, while the system, and its court-appointed gatekeepers, turned away from the Constitution they swore to uphold.

## II. FINANCIAL DESTRUCTION AND ELDERLY DEPENDENT HARDSHIP

The fraudulent scheme carried out by Solis and the DOJ has not only decimated my life, but it has also **subjected my 77-year-old mother to cruel and inhumane hardship**:

- I was forced to **relocate her to New York**, as I could no longer afford basic utilities or housing.
- Our lives were upended to comply with the unlawful sentence derived from this misconduct.
- **She has been stripped of stability, safety, and dignity**, all because officers (Solis/Tortorice) of the court weaponized their license against his own client/defendant.

This isn't theoretical. This isn't rhetorical. This is **real-world, measurable destruction** directly resulting from Solis and Tortorice's actions under the watch of this Court.

## III. FRAUD UPON THE COURT REQUIRES IMMEDIATE REMEDY

Fraud upon the court is not subject to ordinary procedural constraints. It demands action:

*"Fraud on the court is fraud which is directed to the judicial machinery itself... It is where the court or a member is corrupted or influenced or influence is attempted..."*
— *Bulloch v. United States*, 763 F.2d 1115, 1121 (10th Cir. 1985)

This Court was misled by a defense attorney who **aided and abetted the very government he was assigned to oppose**. No ruling or conviction born of such fraud may stand. Every day this judgment remains intact, it signals to the public that **fraud and abandonment are tolerable, if not endorsed by the Article III judiciary.**

## IV. ABA MODEL RULE VIOLATIONS BY ANTHONY M. SOLIS

As the attorney I retained in October 2021 to represent me in a serious federal criminal matter, Anthony M. Solis owed me the highest duties of competence, diligence, loyalty, and candor.

Instead, he violated nearly every core rule of professional conduct expected of a lawyer, particularly one acting under the authority of a federal court appointment.

His misconduct includes, but is not limited to, the following violations of the American Bar Association's Model Rules of Professional Conduct, as adopted in California:

### ▪ Rule 1.1 – Competence

A lawyer shall provide competent representation to a client.
Solis failed to investigate, obtain, or even acknowledge the existence of exculpatory Brady evidence, and allowed me to plead guilty *twice* despite its existence. This is a foundational breach of competence.

### ▪ Rule 1.3 – Diligence

A lawyer shall act with reasonable diligence and promptness in representing a client.
Solis displayed total inactivity and willful neglect throughout his representation. He took no protective action and left my liberty in jeopardy while doing nothing.

### ▪ Rule 1.4 – Communication

A lawyer shall keep the client reasonably informed and promptly comply with reasonable requests for information.
Solis failed to explain key developments, never raised the Due Process Protections Act, never discussed Brady, and repeatedly ignored my inquiries and instructions.

### ▪ Rule 1.16(d) – Termination of Representation

Upon termination, a lawyer shall take steps to protect the client's interests, such as surrendering papers and property and refunding unearned fees.
Solis did none of this. He disappeared, he knew and he thought the fraud that he along with Tortorice committed upon the court would never be discovered.

### ▪ Rule 3.3 – Candor Toward the Tribunal

A lawyer shall not **knowingly fail to disclose to the tribunal legal authority or facts known to the lawyer to be adverse to the position of the client**.
Solis never disclosed the existence of withheld Brady material to this Court, despite having actual knowledge. That is a knowing misrepresentation by omission—and fraud upon the tribunal.

### ▪ Rule 8.3(a) – Reporting Professional Misconduct

A lawyer who knows that another lawyer has committed a serious violation shall inform the appropriate authority.
He knew AUSA Christopher Tortorice had withheld exculpatory evidence in violation of Brady and 3.8(e). He never reported it, and in fact conspired to conceal it (see confession email 10/15/22 and notably Solis' silence during the status hearing on 7/14/22…)

### ▪ Rule 8.4 – Misconduct

It is professional misconduct to engage in conduct involving dishonesty, **fraud**, deceit or misrepresentation, or conduct prejudicial to the administration of justice.
Solis's conduct checks every box: dishonesty, misrepresentation, deceit, obstruction, and direct participation in a fraudulent conviction.

These aren't technical violations. They are deliberate ethical breaches that aided and abetted the unlawful deprivation of my liberty. Solis's misconduct not only justifies vacating my conviction it demands full restitution, professional disbarment, and public condemnation.

## IV. RELIEF REQUESTED

I ask the Court to:

1. **Vacate the judgment immediately** under Rule 60(b)(3) and its inherent supervisory authority;
2. **Order restitution of all monies paid to Mr. Solis and incurred from his purported "representation,"** totaling $35,929.28, inclusive of interest calculated under the 10% per annum clause in the Attorney-Client Fee Agreement, accruing from the demand letter dated February *10, 2024;*
3. **Schedule an evidentiary hearing** on the fraud perpetrated by Solis and AUSA Christopher Tortorice;
4. **Acknowledge the irreparable harm caused to my 77-year-old mother as an aggravating factor demanding compensatory justice**. Her dignity, stability, and welfare were obliterated as a direct result of the fraudulent and unconstitutional conduct of Mr. Solis, AUSA Tortorice, and the Department of Justice. If this Court does not act now, she will die with the stain of this injustice unresolved.
5. **DETERMINE and impose punitive measures** as appropriate, including monetary damages or referral for criminal prosecution, in light of the **intentional, malicious, and system-destroying conduct** of both Mr. Solis and AUSA Tortorice. Their coordinated fraud upon this Court is not only a betrayal of me, but a desecration of the justice system itself.

## V. FINAL PLEA FOR JUSTICE

This is no longer about legal technicalities. This is about **a system that destroyed a man's life, bankrupted his future, and shattered the final years of a mother's life**—all while officers of the court looked the other way or actively participated.

I have fought relentlessly to expose this fraud not only for myself, but for **the integrity of the judiciary**. This Court must now decide whether it will act in defense of **justice**, **truth**, and **constitutional accountability**, or allow this injustice to harden into precedent.

Judge Walton, I ask you not just to rule in my favor, but to stand in defense of the Court itself.


Because if this isn't fraud upon the court, then the term has no meaning. Orwell was right…

Respectfully submitted,
**Daniel Michael Morrissey**
Pro Se Petitioner