Your Honor,

I apologize for my email earlier this week. However, my email shows the desperation and need for me to move with my life, as I have been going through these unfounded legal woes for nearly five years. I have no medical insurance, no money to pay to go see a doctor, and need to get medical attention. If there is any good news, after eight days, the swelling in my right eye has gone done to the point where I can start to see out of it. Pardon any typos.

I cannot go on like this. I need Anthony Solis to pay me what I am due. As you know, the cascading events of my life have brought me to an isolated state of destitute. Whatever family I had, all turned on me, and I had to defend myself in the completely bogus charge, which I was able to have dismissed on March 13th (due to my pro se motions) because it was completely fabricated. As I stated, my mother is not a bad person, she has dementia. That said, I am unemployable because I still have that unlawful arrest showing on my record, no one will hire me. I am going through the process of Petition of Expunction:



You know me, I bring the receipts.

I'm still unwinding that mess. If there is a silver lining in the J6 case for me, is that I now feel confident in my legal ability and handle legal matters myself. As you can see from my inbox, I'm getting pretty good at it. However, there's always room for improvement.

I cannot do this anymore. I have not had a car since I lost everything last April, as I was rendered homeless, unemployable (I couldn't even get a job doing manual labor at U-Haul) because of the false allegation. You Honor, they even killed my dog while I was falsely imprisoned. This was the last picture of Bumblebee. He was euthanized while illegally incarcerated last April. I didn't even get to say goodbye.



I don't present these images because I'm trying to garner sympathy. I'm an honest man illustrating my suffering with palpable pictures to demonstrate my real-life suffering.

I am begging you to have the court order Anthony Solis to pay me the money owed to me. I provided your chamber in early August with the corrected amount. My original number was a little higher, and I corrected that after I recalculated.

Please, I do not know how I will pay my rent or other bills in October. I need have stability in my life, I need to provide some semblance of stability for my mom, at least until I can find gainful employment, then provide for her. I need to go to the doctor, my eye is the size of a walnut.

Please, order Anthony Solis to pay me. I cannot wait any longer for him to return his ill-gotten gains from his so called "representation" of me.

In closing, I am not a bad man. I am a man that has suffered greatly and am asking that you use your power to help me get back on my feet so I can move on with my life. I have lost nearly five years.

I appreciate you allowing me to write your chamber, and I apologize if my letter lacks the usual stream of conscience, but I barely see out of my right eye, so I have other things on my mind. Thank you.

Sincerely,

-Dan Morrissey