**EXHIBIT A:** Restitution Sought From Anthony Solis

| Date Charged/Paid | Principal Amount ($) | Days from Date Charged to Oct 7, 2025 | Annual Interest Rate | Accrued Interest ($) | Total Due (Principal + Interest) ($) |
|---|---|---|---|---|---|
| 2/16/2021 | 1,000.00 | 1,328 | 10.00% | 363.84 | 1,363.84 |
| 10/25/2021 | 10,000.00 | 1,077 | 10.00% | 2,950.68 | 12,950.68 |
| 1/13/2022 | 446 | 998 | 10.00% | 122.19 | 568.19 |
| 8/16/2022 | 1,331.80 | 782 | 10.00% | 285.49 | 1,617.29 |
| 8/31/2022 | 3,031.26 | 767 | 10.00% | 636.57 | 3,667.83 |
| 9/1/2022 | 1,413.00 | 766 | 10.00% | 296.67 | 1,709.67 |
| 9/23/2022 | 586.19 | 744 | 10.00% | 119.55 | 705.74 |
| 9/29/2022 | 412.71 | 738 | 10.00% | 83.33 | 496.04 |
| 9/29/2022 | 250 | 738 | 10.00% | 50.41 | 300.41 |
| 9/23/2022 | 150 | 744 | 10.00% | 30.6 | 180.6 |
| 9/23/2022 | 145.99 | 744 | 10.00% | 29.77 | 175.76 |
| 9/23/2022 | 47.99 | 744 | 10.00% | 9.79 | 57.78 |
| 9/23/2022 | 40 | 744 | 10.00% | 8.16 | 48.16 |
| Totals | 18,954.94 | | | 5,082.85 | 23,481.99 |
| Date Charged/Paid | Principal Amount ($) | Days from Date Charged to Oct 7, 2025 | Annual Interest Rate | Accrued Interest ($) | Total Due (Principal + Interest) ($) |
| 8/28/2023 | 2,020.00 | 406 | 10.00% | 224.58 | 2,244.58 |
| 8/28/2023 | 1,413.00 | 406 | 10.00% | 157.1 | 1,570.10 |
| 9/23/2023 | 150 | 370 | 10.00% | 15.21 | 165.21 |
| 9/29/2023 | 150 | 364 | 10.00% | 14.96 | 164.96 |
| 9/29/2023 | 125 | 364 | 10.00% | 12.47 | 137.47 |
| 2/4/2024 | 2,500.00 | 246 | 10.00% | 168.49 | 2,668.49 |
| Totals | 6,358.00 | | | 592.81 | 6,950.81 |

| Category | Principal Amount ($) | Accrued Interest ($) | Grand Total Due ($) |
|---|---|---|---|
| Part 1 of Fees | 18,954.94 | 5,082.85 | 23,481.99 |
| Part 2 of Fees | 6,358.00 | 592.81 | 6,950.81 |
| **OVERALL TOTAL** | **25,312.94** | **5,675.66** | **30,988.60** |

## EXHIBIT B: Eviction Notice

**NOTICE TO VACATE FOR NON-PAYMENT OF RENT, UTILITIES OR OTHER SUMS**

Morrissey, Dan and all occupants

Date: October 6, 2025

Re: Notice to vacate for non-payment of rent, utilities or other sums
TAA Lease between the residents named above and
CH DOF I-JLB MF DALLAS ROANOKE, L.P.

(Names of all residents)

(Street address and dwelling unit number, if applicable)

(City, State, Zip)

(owner)

Dear Resident(s):

Because you have not paid [X] rent, [X] allocated or submetered utilities, [ ] a utility bill for which you are responsible and/or [X] other sums due under the lease on your dwelling unit, your rights of occupancy and possession are hereby terminated under the provisions of your lease. You are still liable for rent and other charges you may owe under the TAA Lease. Details of unpaid sums due are as follows:

October rent, charges, and fees totaling $1,794.26

Demand for possession is hereby made. You are hereby given notice to vacate the dwelling on or before 11:59 p.m. on the 9th day of October, 2025. If you fail to move out by that time, we will file an eviction against you in Justice of the Peace court in compliance with Chapter 24 of the Texas Property Code. The court will then schedule a hearing to consider the facts in the case. Delay or postponement by us to take such action does not waive our rights. This notice to vacate is unconditional.

If you wish to discuss this notice or you vacating the dwelling, please contact us.

10/06/2025
Date notice was given

Signature of owner's representative

Ryan Teel
Printed name

(817) 767-3040
Phone number

rteel@willowbridgepc.com
Email address

**CAUTION:** Texas law has strict rules about the content and delivery of this notice. If you fail to fill out and deliver this notice correctly, it could be invalid. You should carefully read the commentary to the form.

Texas Apartment Association

**EXHIBIT C: Petitioner's Banking Information**

Bank: █████████

Routing: ██████

Account: ████████

Name: Daniel Morrissey

**EXHIBIT D: Sworn Affirmation**

Your Honor, I have provided a detailed financial sheet, and have attached the demand letter that I sent Solis on February 10th of 2024, my numbers are consistent with my previous demand from Solis, however the interest has accumulated, which I have detailed above. I swear these facts presented are true and humbly come before you and ask for your relief in this situation.