**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED**

**STATES OF AMERICA v. DANIEL MICHAEL MORRISSEY Case No.: 1:21-cr-00660-RBW**

**SECOND ADDENDUM TO MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FRCP 60(b)(3) (ECF No. 95) (DEMAND FOR FULL RESTITUTION, CONSEQUENTIAL DAMAGES & IIED)**

COMES NOW the Defendant, DANIEL MICHAEL MORRISSEY, proceeding pro se, and files this Second Addendum to supplement the Prayer for Relief in the Motion for Relief from Judgment (ECF No. 95) and its prior Addendum (ECF No. 96).

This Addendum formally requests a complete**, equitable remedy for the Fraud Upon the Court** and the politically motivated misconduct **that has destroyed the Defendant's life over the past five years**. This Motion is filed prior to the ruling on the Motion for Recusal (ECF No. 104) to ensure the full scope of damages is before the Court.

I. ESTABLISHMENT OF MENS REA (INTENT TO DEFRAUD)

The suppression of exculpatory evidence and misconduct were not simple error, but a deliberate, coordinated, fraudulent scheme proven by years of documentation that goes FAR BEYOND the simple fraud found in Hazel-Atlas.

1. Political Prejudice (Mens Rea): Supplemental evidence (Text Message Screenshot, February 11, 2022) documents former counsel, Anthony M. Solis, holds an active political prejudice against the Defendant, stating he would "rather snort bath salts" than support the Defendant's political candidate, President Trump. This establishes the Mens Rea for Mr. Solis's subsequent failure to act and provides the motive for preserving the "J6 narrative."
2. Prosecutorial Deception: AUSA Christopher T. Tortorice told the Court on July 14, 2022, that the complaint was the "first that I heard of this complaint," a statement directly refuted by Mr. Solis's email confirming they discussed the exculpatory evidence *prior* to that hearing. This constitutes a Giglio violation and **direct Fraud Upon the Tribunal**.
3. Tony L. Axam's continuance of the fraud for three plus years and outright refusal to report Solis and Tortorice under ABA 8.3(a). for KNOWN DECEPTION TO THE COURT.

II. JUDICIAL OBSTRUCTION AS PROXIMATE CAUSE OF DAMAGE

The Court's Order ECF No. 101 (October 15, 2025) is the judicial act that proximately caused the compounding of the Defendant's damages:

1. Perpetuation of Fraud: The Order placed the fraud claim (ECF No. 95) "IN ABEYANCE" while the Defendant was not moot (due to the rejected pardon). This

   action maintained the Institutional Catch-22 and protected the counsel from OPR/D.C. Bar scrutiny.
2. Compounding Financial Ruin: The Order denied the Defendant's Emergency Motion (ECF No. 100) for relief (to prevent imminent eviction), forcing the continuation of financial ruin directly caused by the fraudulent representation and conduct. This action demonstrates a breach of ethical responsibility and compounded the emotional distress.

### III. DEMAND FOR FULL EQUITABLE COMPENSATION

The new judge, in vacating the judgment, must exercise the inherent equitable power of the Court to provide a comprehensive remedy against Anthony M. Solis for the fraud and consequential damages.

### IV. PRAYER FOR RELIEF

WHEREFORE, the Defendant, DANIEL MICHAEL MORRISSEY, respectfully prays that the Court:

1. GRANT the Motion for Relief from Judgment (ECF No. 95) and VACATE the judgment of conviction as it was procured by clear and convincing evidence of Fraud Upon the Court.
2. ORDER Anthony M. Solis to pay the Defendant full restitution for all fees paid, costs incurred due to the WANTON, "representation" by Solis in the amount of: $33,652.01 plus punitive damages for his MORAL TURPITUDE.
3. ORDER the immediate cash value of the BTC lost 5.36 at the price point the court sought to cement the fraud 10/15/25 BTC $110,708.67 per for a total of $593,398.47 as Fraud Vitiates All; the defendant took collateralized loans against this BTC due to this court case which based solely on fraud.
4. ORDER the immediate payment EDD balance with interest $7,905.98
5. ORDER the immediate payment for the loss of my vehicle $22,500
6. ORDER the immediate refund of all court-imposed fines and restitution -$510 plus interest June /2024
7. ORDER payment for five years of lost wages at $100,000 per year, $500,000
8. ORDER payment for five years of IIED suffered by Mr. Morrissey due to the fraudulent scheme at the hands of the Court, Tortorice, Solis and Axam.
9. ISSUE a specific finding of misconduct against AUSA Christopher T. Tortorice and Anthony M. Solis, Tony L. Axam and formally REFER this matter to the Office of Professional Responsibility (OPR) and the D.C. Bar for investigation and criminal referrals.
10. Reserve the right to file a separate civil suit against each party.

Respectfully Submitted


Daniel Morrissey