IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA v. DANIEL MICHAEL MORRISSEY

**Case No.:** 1:21-cr-00660-RBW

**EMERGENCY NOTICE OF *FRANKS* VIOLATION AND MOTION TO VACATE PROCEEDINGS VOID AB INITIO**

**COMES NOW**, the Defendant, Daniel Michael Morrissey, *pro se*, to move this Court to **VACATE** the Judgment and all proceedings in the above-captioned matter as **void** *ab initio*.

The record now conclusively establishes that Special Agent Laura Troolines and the Prosecution engaged in a structural conspiracy to inflict extra-judicial punishment eight months prior to the issuance of any warrant. To conceal **these** *ultra vires* **acts**, **Agent Troolines committed perjury by omission in her Affidavit (a *Franks* violation)**, **manufacturing Probable Cause** to retroactively **justify the illegal destruction of my life.** Because the Court's jurisdiction was **secured through Fraud on the Court**, **the arrest**, **the seizure of DNA**, and **the coerced plea** are legal nullities. *See Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

## I. THE PREDICATE ACTS: EXTRA-JUDICIAL PUNISHMENT (FEB 2021)

The Government's narrative that this case began with a Complaint on October 21, 2021, is a falsehood. The persecution began in February 2021, utilizing **"Color of Law" violations to engineer indigence and duress.**

**A. The "Tier I" Designation (FD-1057)** On February 26, 2021 eight months before any charges were filed, Special Agent Troolines drafted FBI Electronic Communication **FD-1057** (Serial 10), designating me under "ANTI-RIOT LAWS TIER I". This designation was used to weaponize the administrative state against a private citizen who had not been charged with a crime.

**B. The Violation of *Goldberg v. Kelly* (Financial Execution)** Simultaneous with this designation, Troolines intervened with the California Employment Development Department (EDD).

- **The Act:** My unemployment benefits, my sole lifeline during the pandemic, were switched to "Disqualification" retroactively.
- **The Law: In** *Goldberg v. Kelly*, **397 U.S. 254 (1970), the Supreme Court** held that statutory entitlements **are property interests protected by Due Process** and cannot be terminated without a pre-termination hearing.
    - **I cited these acts by Troolines in my 2255 motion under "Procedural Due Process" which was never admitted by the court onto the docket in ECF No.** 86, which is why I had to submit my "Facts Not in Evidence" memorandum, ECF No. 123 on January 6th, 2026.
- **The Result:** The Government illegally stripped me of $5,367.00 in accrued benefits and my future income to starve me into submission.

**C. The "No-Fly" Sanction (Liberty Execution)** Coinciding with the FD-1057, the Government placed me on a *de facto* "No-Fly" list.

- **Evidence:** On February 23, 2021, my boarding pass was flagged "SSSS," subjecting me to humiliation and sexual assault by TSA agents at the gate.
- **Duress:** This restriction on movement was maintained until I capitulated to the plea deal, constituting a state of duress.

**II. THE FRANKS VIOLATION (THE COVER-UP)**

To justify the "Tier I" designation and the extra-judicial punishment already inflicted, Agent Troolines **required** a narrative of violence. A misdemeanor "parading" charge would not justify the "Tier I" label or the warrantless DNA seizure. Thus, she fabricated the "Forced Entry" narrative.

**A. The Perjury by Omission** In her Affidavit (ECF 1-1), Troolines swore: *"individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police"*.

**B. The Truth (Confirmed by Bar Counsel)** the D.C. Bar Office of Disciplinary Counsel (Dec 21, 2023) confirms the suppressed video *"shows that you entered the Capitol through an unlocked door and supports your defense that you did so out of necessity"*. My appellate counsel, **Tony Axam, further admitted the video proves I** *"was forced through the open door... by necessity"* and therefore *"did not have the criminal intent [mens rea]"*.

**C. The Legal Standard** Under *Franks v. Delaware*, 438 U.S. 154 (1978), **the intentional omission of the "Open Door/Police Inducement" fact renders the warrant void**. Troolines knew the time of entry was 2:27 PM; she reviewed the tape; she buried the truth to protect her "Tier I" designation, the fact that the Capitol Police disengaged the magnetic locks on the Columbus Doors, then had "agents", as we know

now, there were at least 275 FBI agents in the crowd that day, which is confirmed in my original position in my "Context Letter" to Anthony Solis 10/21/21.

III. THE COERCED PLEA (THE QUID PRO QUO)

The plea agreement was not voluntary; **it was an extraction of liberty in exchange for the removal of illegal sanctions.**

- **The Fraudulent PLEA:** On March 29, 2022 email from Christopher Tortorice "*Attached is Mr. Morrissey's plea paperwork. Please let me know when he's removed so I can let his attorney know…*"
- **The Consideration:** On March 31, 2022, **only after** receiving the plea paperwork, FBI Agent Heang Ly replied: *"I think Mr. Morrissey should be good to go."*.

This "Quid Pro Quo" trading **a void ab initio, fraudulent guilty plea** for the restoration of flight privileges that were illegally removed, violates the Due Process clause. **A plea induced by unconstitutional state coercion is void**. *Machibroda v. United States*, 368 U.S. 487 (1962).

IV. VOID AB INITIO & RELIEF SOUGHT

**The initial Arrest Warrant was procured by fraud** (*Franks v. Delaware*). The warrantless DNA seizure relied on that fraudulent "serious offense" narrative (*Maryland v. King*). **The plea was coerced through illegal "Tier I" sanctions and pre-indictment punishment**. This is confirmed by the fact that the actual charges filed were merely misdemeanors.

Therefore, the Court never acquired valid jurisdiction over the Defendant. *See Wong Sun v. United States*, 371 U.S. 471 (1963) (fruit of the poisonous tree).

**RELIEF REQUESTED:**

**1. DECLARE PROCEEDINGS VOID *AB INITIO*: DECLARE** the proceedings in Case No. 1:21-cr-00660-RBW VOID *AB INITIO* pursuant to the Court's inherent **equitable power to vacate judgments obtained by Fraud** on the Court. *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

**2. ORDER IMMEDIATE ECONOMIC RESTITUTION (STATUS QUO ANTE): ORDER** the immediate restoration of the Defendant's financial **Status Quo Ante** in the amount of **$696,293.79 plus five years of lost wages in conceded ECF No. 111 for a total of $1,196,293.79**

- **Concession of Liability:** The Defendant's claim for damages in **ECF No. 111** remains **UNOPPOSED** by the Government. **Under Federal Rules and Local Civil Rule 7(b)**, the **Government's failure to refute these figures constitutes a concession of the liability**.
- **Bill of Particulars:** As itemized in the *Addendum to Writ of Mandamus*, this restitution is required to cure the specific economic destruction caused by the fraud:
    - **BTC Asset Restoration:** $593,398.47 (10/15/25 fraudulent abeyance *factored in 696k above)
    - **Disgorgement of Fees (Solis):** $168,935 ( Five Years of Enforcement Fees)
        - **Clause Four in "**Client-Attorney Agreement"
    - **Lost Earning Capacity (Quantum Meruit):** $3,597,000.00 (6,540 hours of forced legal labor) 219 weeks 10/21/21-present
    - **IIED & Malicious Prosecution:** $5,000,000.00 (Compensation for "Tier I" Watch List placement)
    - **Pre-Filing Tort (EDD Interference):** $7,975.17
    - **Replacement of Vehicle:** $37,500.00
    - **Liquid Capital Treble Damages:** $31,009.12
    - **Donor Indemnification:** $125,000.00
        - **Give Send Go**
        - **American Patriot Relief Housing**
    - **Court Costs Reimbursement:** $510.00

## 3. ORDER REPUTATIONAL RESTITUTION (THE "FREEMAN" STANDARD):

**ORDER** the immediate payment of **$148,000,000.00** for **the permanent destruction** of **the Defendant's global reputation and familial consortium**.

- This valuation is consistent with the prevailing market standard for reputational destruction by political defamation in this District, as established in *Freeman v. Giuliani* **(D.D.C. 2023).**
- Because **the Government cannot "un-ring the bell"** of its media campaign, it must pay the replacement cost of the life they destroyed.

## 4. EXECUTE JUDGMENT FORTHWITH (*FRAUS OMNIA CORRUMPIT*): The Court must grant this relief forthwith. It is a settled principle of jurisprudence that *fraus omnia corrumpit*, fraud vitiates everything it touches.

- **United States v. Throckmorton**, 98 U.S. 61 (1878): "There is no question of the general doctrine that **fraud vitiates** the most solemn contracts, documents, and even judgments."

- **Boyce's Executors v. Grundy**, 28 U.S. 210 (1830): The Supreme Court held that **fraud vitiates every transaction** and "it is not in the power of this Court to compromise it."
- **Smith v. Richards**, 38 U.S. (13 Pet.) 26 (1839): A contract (or plea) obtained by **inducement through false representations** (such as the suppression of the "Brady Videos" video) is **a nullity from its inception**. Since the Court's jurisdiction was established solely **by the inducement of the *Franks* violation**, the **Court has no discretion but to restore the Defendant to the position held prior to the fraud (October 2021).**

**5. CRIMINAL REFERRAL: REFER** Special Agent **Laura Troolines**, AUSA **Christopher Tortorice**, **Anthony Solis**, and **Tony L. Axam Jr.** to the DOJ Office of the Inspector General (OIG) and the Office of Professional Responsibility (OPR) for immediate investigation into violations of:

- 18 U.S.C. § 241: Conspiracy Against Rights
- 18 U.S.C. § 242: Deprivation of Rights Under Color of Law
- 18 U.S.C. § 371: Conspiracy to Defraud the United States
- 18 U.S.C. § 1503: Obstruction of Justice
- 18 U.S.C. § 1512(c)(1) Tampering with a Record or Document
- 18 U.S.C. § 1519: Destruction/Falsification of Records in Federal Investigations
- 18 U.S.C. § 4: Misprision of Felony
- 18 U.S.C. § 1346: Honest services
- 18 U.S.C. § 1343,: Wire fraud
- 18 U.S.C. § 1001: False Statements
    - Perjury by Omission in Affidavits (Troolines)
    - Perjury by Omission Solis and Axam
    - Perjury Tortorice, status hearing July 14th, 2022.

**Respectfully Submitted,**


**Daniel Michael Morrissey, MBA** *Pro Se*