

**U.S. Department of Justice**

Office of Professional Responsibility

*950 Pennsylvania Avenue, NW, Suite 3266*
*Washington, DC 20530*
*(202) 514-3365*

October 27, 2023

**Sent via Email**

Daniel Morrissey



Dear Mr. Morrissey:

This is in response to your online complaint to the Office of Professional Responsibility (OPR), in which you alleged that an Assistant U.S. Attorney has engaged in professional misconduct in connection with your case, *United States v. Daniel Morrissey*, 1:21-cr-660, and requested an investigation.

Please be advised that OPR has jurisdiction to investigate allegations of misconduct involving Department of Justice (DOJ) attorneys that relate to the exercise of their authority to investigate, litigate, or provide legal advice, as well as allegations of misconduct by law enforcement personnel that are related to allegations of attorney misconduct within the jurisdiction of OPR. However, it is the policy of this office to refrain from investigating issues or allegations that may be addressed during litigation, unless a court has made a specific finding of misconduct by a DOJ attorney or law enforcement agent. Based on our review, we note that you can raise your claims with the court, and there is no evidence that the court has made a finding of misconduct against a DOJ attorney with respect to your case. Accordingly, we concluded that no action by this office is warranted.

If you are represented by counsel in this matter, you should discuss your concerns with your lawyer. We regret that we are unable to be of assistance to you.

Sincerely,

Office of Professional Responsibility